# Exhibit A

# Plaintiff's Grievances, Appeals and Responses

Attachment 1

**FCC Terre Haute**

*546*

Administrative Remedy – Informal Resolution

| Inmate Name: Kenneth Barrett | Register #: 04342-063 |
|---|---|
| Unit: S CW | Date Submitted: 9-14-18 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: The deliberate Indifference being shown to the Issue of my Hepititis C. Once here I was told I had Hepitites C. And blood draws were done every 6 months, to monitor my viralload And liver function (ALT and AST) I was told that once my viral load reached 10 million, that that was considered liver failure (See Attachment) on back of this page

Section 1b: Briefly state the resolution you request: Treatment before I die from liver failure or liver cancer

Inmate Signature: Kenneth Barrett

Counselor Printed Name/Signature: Sutton

**Section 2: Department Assigned**

Date Assigned: 9-17-18    Date Due: 9-24-18

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Food Service | ☐ | Unit Mgmt | ☐ | Unicor | ☐ | Education |
| ☐ | Psychology | ☒ | Medical | ☐ | Chaplain | ☐ | Recreation |
| ☐ | Trust Fund | ☐ | Custody | ☐ | Facilities | ☐ | Safety |
| ☐ | ISM/Mailroom | ☐ | Admin. | ☐ | SIS | | |

**Section 3: Department Head Response**

*Answer ↓*

Issue Resolved Comments: We treat patients w/ the most acute needs first & continue to treat all other patients as time & resources allow. Please

Issue Unresolved Comments: discuss this with the physician at your next

Unable to Address Issue Comments: Chronic care appt.

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: | Date: |

**Section 4: Tracking**

| | BP-8 Issued to inmate | BP-8 returned to Counselor | BP-9 Issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 9-17-18 | 9-18-18 | 9-18-18 | 9-19-18 | | |
| Time | 1200 | 1200 | 1200 | 8/4 | | |
| Staff | JS | JS | JS | JS | | |

RECEIVED
USP Terre Haute
SEP 2 4 2018

Administrative Remedy Clerk

THX-1330.18C

<u>BP-8 attachment page (liver)</u>

Once it went over 10 million, I was told that they would only do a liver function test every year and that the ALT and AST was the monitor for liver function and treatment. Thats true. But, once my ALT jumped 6 points while allready being in the high range. I was then told that it was my AST that was used to determin function and treatment. This is not true. The BOPs own Clinical Guidelines issued 2017 that the ALT is the determine reading as to monitoring, treatment and a monitor of while on treatment. Treatment I am denied of while my levels increase showing that the virus is active. While this is going on I risk the possibilty of liver failure, liver cancer because of the denial of treatment. Also when treatment is done early, it increases the odds of succesful treatment and even less treatment and cost. I worry every day of developing liver cancer or my liver just stop operating proper.

<u>Conclusion</u>
Recieve treatment before my liver fails or I develop liver cancer. Early treatment before failure could even cost less.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Barrett   Kenneth   E__   __04342-068__   __S.C.U__   __Terre Haute IN__
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A- INMATE REQUEST  As to the medical Depts. Answer to my BP-8, What could by more Acute or need treated, Then A person who's Hepititis C virus is Active and no doubt causing damage to his liver. Which is risking the chance or even increasing the chances of liver failure and developing liver cancer. I have pains in my liver area, I have bouts of sweating, shaking, loss of sleep, fatigue, weakness and several times have blacked out and fell, I have throat pains were I have to get up in the middle of the night, head aches and pain in my bones. Not to mention the constant fear of liver cancer and death. Conclution - To quit letting the virus continue to damage my liver and do so by starting treatment.

__9-19-18__
DATE

__Kenneth Barrett__
SIGNATURE OF REQUESTER

Part B- RESPONSE

RECEIVED
USP Terre Haute

SEP 24 2018

Administrative
Remedy Clerk

_____    WARDEN OR REGIONAL DIRECTOR
DATE
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: __1018B-F1__

                                                                           CASE NUMBER: _____

Part C- RECEIPT

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN       PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

Remedy No.: 954875-F1                              FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted September 24, 2018, in which you allege you need treatment for Hepatitis C right away. For relief, you request to start treatment.

A review of your request reveals you do not currently meet the treatment criteria for Hepatitis C treatment as determined by the Infectious Disease Team at FCC Terre Haute. Your condition will continue to be evaluated and monitored during your Chronic Care Clinic, and adjustments will be made to your treatment plan as medically necessary on an individualized basis.

Your most recent lab results have been reviewed by your provider. You had a follow up liver ultrasound on September 26, 2018. Once the report is received, it will be reviewed by your provider.

Therefore, this response to your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.


_10-5-18_                              _____
Date                                  J. E. Krueger, Complex Warden

my copy

U.S. Department of Justice

Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Barrett Kenneth E    04342-063    S.C.U    U.S.P Terre Haut ..IN
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL The BOPs own answer shows that the criteria for HepC treatment shows deliberate iddifferance to my need for treatment. Basicaly they are admitting that they will let the disease continue to destroy my liver And not treat me till Im in a state of dire need of treatment. And will continue to let the disease destroy my liver knowing that once Im in the High Critical range that treatment may not Be successful At that stage of progression. Meaning by then it could be to late. All doctors say that its best to treat early, Which increases the chance of succsess and lessens the cost of treatment. The BOPs own criteria is in conflict with All medical institions recomendations as to when to treat. You can not take chances when it cares to the liver. treatment and cure is a matter of life and death. Conclution - Get treatment started before its to late.

10-11-18
DATE

Kenneth Barrett
SIGNATURE OF REQUESTER

Part B - RESPONSE

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____    _____    _____    _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT:_____

_____    _____
DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN    PRINTED ON RECYCLED PAPER    BP-230(13)
JUNE 2002

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Regional Administrative Remedy Appeal
Part B - Response

Administrative Remedy Number:   954875-R1

This is in response to your Regional Administrative Remedy Appeal received on October 22, 2018. You allege you have been denied treatment for your diagnosis of Hepatitis C.   For relief, you request treatment.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, the National Drug Formulary, and the Clinical Practice Guidelines (CPG) for the management of Chronic Hepatitis C.   A review of your electronic medical record indicates you currently have an AST-Platelet Ratio Index (APRI) of 0.43, which places you at a Priority Level 3 for Hepatitis C treatment consideration.   Determining whether Bureau of Prisons (BOP) priority criteria for treatment are met is an important part of the initial evaluation and ongoing management of inmates with chronic HCV infection.   Although all patients with chronic HCV infection may benefit from treatment, certain cases are at higher risk for complications or disease progression and require more urgent consideration for treatment.   The BOP has established priority criteria to ensure that those with the greatest need are identified and treated first.   You have been counseled by the Clinical Director and Health Services Administrator regarding your current Priority Level classification, which does not fall into the "High Priority for Treatment" category.   However, you will continue to be monitored and evaluated for treatment.   Based on this review, our intervention is not warranted at this current time.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

10/31/18
Date

Amber L. Nelson, Acting Regional Director

U.S. Department of Justice

Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Barrett Kenneth E          04342-063     S.C.U.        Terre Haute IN
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.       UNIT          INSTITUTION

Part A - REASON FOR APPEAL  The institutions own criteria shows deliberate indifference to my needs. Being that my levels continue to rise. But I am refused treatment untill I'm in dire need. All while the virus continues to destroy my liver. Making my chances to develope liver cancer or have liver failure be increased. At which time treatment might not be sucsessful and I die. Early treatment cost less and is more likely to be sucsessful. At one time the institution ok'd interferon treatment but the Regional denied it stating that less evassive drugs would soon be used. Now that they are, I'm being denied treatment.
Conclution - Get treatment started now while it has a better chance of sucsessful cure and cost less.

11-15-18
DATE

Kenneth Barrett
SIGNATURE OF REQUESTER

Part B - RESPONSE

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT         INSTITUTION

SUBJECT: _____

DATE                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN          PRINTED ON RECYCLED PAPER                                          BP-231(13)
                                                                                   JUNE 2002

Administrative Remedy No. 954875-A1
Part B - Response


This is in response to your Central Office Remedy Appeal wherein you contend you have been denied proper treatment for Hepatitis C (HCV). For relief, you request immediate HCV treatment.

A review of your electronic medical record confirmed your diagnosis of Hepatitis C. Health Services Staff have monitored your condition through scheduled chronic care evaluations. Based on review of your medical record, you are currently priority level 2 for Hepatitis C treatment according to current Bureau of Prisons (BOP) Clinical Guidance on the Evaluation and Management of Chronic Hepatitis C Virus Infection.

Highest priority for treatment is based on evidence of advanced liver fibrosis, extrahepatic manifestations, transplant candidate or recipient status (if applicable), certain immunosuppressant medications, and continuity of care. Intermediate priority for treatment is based on evidence for progressive fibrosis, and certain comorbid medical conditions. You have confirmed chronic HCV. A liver ultrasound completed on September 26, 2018, was normal except for a possible hemangioma with a recommendation for a follow-up. A liver ultrasound conducted on August 29, 2017, showed stable appearance of the liver with diffuse increased echogenicity. A liver biopsy on December 28, 2011, showed stage 2 fibrosis, which meets priority level 2 criteria. Your non-formulary request for Hepatitis C treatment was disapproved on July 20, 2012, due to you having a relatively mild stage of fibrosis per the BOP Clinical Guidelines at the time.

The Health Services Department at your institution will be notified of your priority level. The BOP expanded access to hepatitis C treatment to all sentenced inmates in August 2018; however, institutions may continue to use the priority level system to prioritize their patients. Staff will continue to monitor your case in chronic care clinic according to the Hepatitis C Clinical Practice Guidelines, with adjustments to your treatment plan as clinically indicated.

Based on this information, there is no evidence to substantiate your claim of being denied appropriate medical care. Should you experience further symptoms or should your condition worsen, you are encouraged to seek care through sick call.

Administrative Remedy No. 954875-A1
Part B - Response
Page 2


The record reflects you received medical care and treatment in
accordance with evidence based standard of care and within the
scope of services of the Federal Bureau of Prisons.

Considering the foregoing, this response is provided for
informational purposes only.


11/29/19
Date

Ian Connors, Administrator
National Inmate Appeals

## Medical

3-6-13

Request

Cop-Out

On 2-4-13 And then on 2-18-13 I submitted Cop-Outs requesting a copy of the Reginal Offices response deffering my Hep C treatment. Then on 3-6-13 I recieve 9 pages of releases and test results. None being what I Asked for.

I want a copy of the Reginals defferal answer denying me Hep C treatment It starts out by SAying that The Inmate is under a sentence of Death.

I was showed this document on the computor by P.A Justilino.
what you gave me is test results from the labs and the documents I sighned here SAying I would accept treatment I

Ⓠ

need the Reginals defferal Notice. SAyin why I was being deffered treatment. P.A. Justilino told me the date on the Notice was 7-13-12

The Reginals Answer deffering Treatment is what I want.

Try Again. It's only 1 page.

Thankyou

You sent Approval forms not the defferal or notice deffering treatment.

Kenneth Barrett
#04342-063
S.C.U-404-C

3-12-13
1 e. Non FormulAry
Drug Authorization
Enclosed - W. Kutch LHFT
PiAnnA Kutch

<u>Liver Issue</u>

Filed this over the delay in setting a blood draw done. Because I was told I needed to start interferon treatment but couldn't till one more viral load test was done.

I went for a blood draw on the anuals blood draw test. And told the nurse how I was told that I need to start Interferon treatments for my Hep-C but never had takin a blood draw to check my viral locd. The nurse said that she had been checkin and I was not on the list. And it was cuz a doctor had not sighned off on it yet. But she drew a extra vile of blood and would try and turn it in. But said they might refuse it. <u>See Medical Notes.</u>   <u>No word yet!</u>

medical refused to answer the BP-8 and I was given the BP-9. And filed it.

Medical

In January of 2015 was viral load count was 7,590,000.

My ALT was 49H Range is 10-37
My AST was 41H Range is 8-40

In May 2015 my viral load was 7,685,695
My ALT was 68-H (ange 10-37
My AST was 42-H (ange 8-40

My viral load jumped 95,695
My ALT jumped 19 pt.
My AST jumped 1 pt.

Took 10 months to get my viral oad tested nd now it hows A big jump

①

June 2013 - Viral load was 4,050,000
  RNA - 6.61 H
In Oct of 2013 they check my AST and ALT

( AST was 42 H )  ( ALT 63 which is High.
  Normal range 10-37 )  Normal range 8-40 )

~~corr~~

My viral load was up to 7,523656
                                    up from last time.
RNA - 6.88 H

---

Then in Jan 2014 ~~crossed out~~  ( AST was 38 H
ALT was 54 H range 8-40            Range 10-37
                                              Actia
I wasn't feeling good I can tell when my liver is bad.

---

· Jan 2015 my viral load was 7,590,000 - up from
RNA was 6.88 H                                        last time
  AST - 41 H range 10-37                    —
  ALT - 49 H range 8-40
    (

② 

Then in May 2015 my viral load is 7,685 695
RNA - is 6.89 H
up more.

AST H at 42 Range 10-37
ALT H at 68 Range 8-40 Big jump
ALT is the important one.

All thes shows the virus is Active
And harming my liver. While I wait
for treatment.
Level 1.5   Not even considered till 2.0

after review of your dermatology
consultation, they recommend
clindamycin cream as needed with
p further follow-up.

you have been submitted for an
allergy consultation.

KIMBERLY KLINK
CDR.FNP-BC
AHSA
FCC TERREHAUTE

1/30/15

Recieved on 2-3-16 (little short woman)
Showed every nurse
She said I'm not gettin the cream that
they put me in for Allergy consultation

Remedy No.: 689709-F1                                    FCC Terre Haute, IN

**Remanded**
**PART B - RESPONSE**

This is in response to your Administrative Remedy receipted on May 23, 2012, in which you allege medical deliberate indifference for failing to provide treatment for your liver disease.   You allege you have not yet received the blood draw required to receive interferon treatment.   As relief, you request your viral load to be drawn and interferon treatment to be initiated.

A review of your request reveals a Hepatitis C viral load was drawn on June 20, 2012. The result of that lab was 8,148,789.   The liver biopsy was done on December 29, 2011. The pathology report determined inflammation at grade 1-2, and fibrosis at stage 2.   A non-formulary request for Hepatitis C treatment was submitted on July 13, 2012.   The treatment was deferred at the Central Office level. Per medical documentation, "Due to relatively early fibrosis (stage 2) it would be prudent to consider deferring treatment until less toxic and more effective oral regimens become available."   It was recommended that another non-formulary request for one of the HCV protease inhibitors (triple therapy) be submitted and approved prior to initiation of therapy.   If you would like to be considered for this treatment you will need to discuss this with your clinical provider at your next chronic care visit.   You may sign up for sick call if you have any further problems which need to be addressed prior to your next chronic care visit.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Gateway Complex, Tower II, 8th Floor, 4th & State Ave., Kansas City, Kansas 66101.   Your appeal must be received within 20 calendar days of the date of this response.

_____                        _____
Date                                          J. F. Caraway
                                              Complex Warden

BP-A0803            **Algorithm for Treatment of Hepatitis C/Approval Form** CDFRM
MARCH 12
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Inmate Name: *BARRETT  KENNETH* | Register Number: *04342-06?* |
| Institution: *FCC - THP* | Projected Release Date: *UNKNOWN* |
| Date of Birth: *6-29-61* | Weight (lb.): *186*    (Within 90 days of request) |
| HCV Genotype: (1),2,3,4,5,6, untypeable | Liver Biopsy Result (Degree of fibrosis): ☐None/ ☐Portal/ ☑Periportal/ ☐Bridging/ ☐Cirrhosis |

Prior Antiviral Treatment for HCV: ☑No / ☐Yes    If Yes, answer the following:
Drug Names and Dosages:
Start Date:          Stop Date:          Reason Stopped:
HCV RNA result after prior treatment:          Date of HCV RNA result:
Prior Treatment Response:  ☐SVR or ☐Relapser or ☐Partial Responder or ☐Null Responder

Treatment Requested:
☑Triple Therapy (genotype 1 only)- peginterferon + ribavirin + HCV protease inhibitor
☐ Dual Therapy - peginterferon + ribavirin

Medical Clearance:
☑Sentenced inmate with sufficient time remaining on sentence (excluding halfway house time) to complete course of treatment.
☑No sanctions for drug or alcohol/intoxicant possession / use, or tattooing within previous 1 year.
☑No uncontrolled or unstable medical or mental health conditions.
☑No documented non-adherence to prior therapy, failure to complete pretreatment evaluation process, or unwillingness to commit or consent to HCV treatment.
☑No Contraindications to peginterferon and ribavirin:
  ☐No autoimmune hepatitis
  ☐No decompensated cirrhosis (ascites, encephalopathy, esophageal varices)
  ☐No current pregnancy
  ☐No known hypersensitivity to peginterferon or ribavirin.
  ☐No anemia (hgb < 12-13 g/dl men or < 11-12 g/dl women), neutropenia (ANC < 1,500), or thrombocytopenia (Plt count < 75,000).
  ☐No history of solid organ transplant (unless recommended by transplant specialist)
☑No contraindications to HCV protease inhibitor (triple therapy):
  ☐No contraindications to pegylated interferon and ribavirin.
  ☐No HCV genotype 2, 3, 4, 5, 6 or untypeable.
  ☐No HBV or HIV co-infection.
  ☐No prior treatment failure with HCV protease inhibitors.
  ☐No concurrent treatment with medications that are either contraindicated or not recommended.
  ☐No known hypersensitivity to boceprevir or telaprevir.

Name / Signature / Date of Requesting Clinician / Clinical Director:
*[signature] MD   6-28-12*

Required Documentation - include copies of the following with this request:
☑CBC with differential, chem panel, liver panel, & INR (dated within 90 days of request)
☑TSH and Free T$_4$
☐HbA1C (diabetics only; dated within 6 months of request)
☑HCV RNA Viral Load (reported as IU/ml) and Genotype
☑Liver Biopsy Report (if indicated)
  -If cirrhosis, include serum AFP and/or abdominal US or CT.
☑Hepatitis B serology (HBsAb and HBsAg)
  -If HBsAg reactive, include HBeAg, HBeAb, and HBV DNA viral load
☑HIV Ab - If HIV Antibody positive, include CD$_4$ and HIV viral load (dated within 90 days of request), and current antiretroviral medication regimen.
☑Mental health assessment (dated within 6 months of request).
☑ Signed Consent to Hepatitis C Treatment form BP-A0806.

PROCEDURE FOR SUBMITTING HCV TREATMENT REQUEST
- Scan BP-A0803 and required documentation (see above) into BEMR Document Manager as .pdf file.
- Attach to BEMR non-formulary request for Hepatitis C Treatment Algorithm.

PDF                    Prescribed by P6360              Replaces BP-A0803 (Jun 10)

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Barrett  Kenneth  E          04342-063     S.C.U.     U.S.P. Terre Haute, IN
_____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.       UNIT        INSTITUTION

Part A - REASON FOR APPEAL  This is to continue the grevence process on the issue of the delibate Medical Indifference being showed to my liver problems. The BP-8,9 and 10 clearly layout the issue. And the problems with the responses and the keeping of my medical records. Now instead of a answer to the BP-10, Regional sends it back to me and the institition with the choice of waiting for a Answer from them or continuing on. I have proved that the Warden and medical are not paying attention to grevences or my records. After filing a BP-10 on 6-18-12 and then submitting a cop-out to Medical on 6-20-12 (see Ex 2) I was then Informed that I would recieve a liver biobsy. Which once again Shows the failure of staff to read the grevences and keep medical records-right.
                                              —See Attachment—

7-18-12                                       Kenneth Barrett
_____                                  _____
DATE                                        SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED
JUN 26 2012
Administrative Remedy Section
Federal Bureau of Prisons

_____                            _____
DATE                                   GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE             CASE NUMBER: 689709-A1

Part C - RECEIPT

                                       CASE NUMBER: _____

Return to: _____  _____    _____    _____
          LAST NAME, FIRST; MIDDLE INITIAL   REG. NO.     UNIT      INSTITUTION

SUBJECT: _____

_____        ✪              _____
DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN         PRINTED ON RECYCLED PAPER                          BP-231(13)
                                                                  JUNE 2002

## — BP-11 Attachment page. —

Because on 12-28-11 I had allready recieved a liver biopsy. After all the mix-up I submitted a cop-out to a Mr Rubska of Medical on 6-24-12. I layed out all the problems with grevence answers and my medical records On 6-25-12 Mr Rubska informed me that he talk to the doctors and everything was straitined out. That evening of 6-25-12 I then sighed a form that was to be submitted to Regional for the approval of treatment. Then on 7-17-12 I recieve a answer to my BP-10 from Regional (see Ex 3) Which is just another delay. Not only in treatment but in my grevence process as well. Exspecilly when the BP-10 answer says I can wait on a answer from the insitition the file the BP-10 again or move foreword. With only 30 days to appeal. And the BP-10 Answer being made on 7-5-12 and not recieved till 7-17-12 (see Ex 4) And no mention of how long I have to wait on the new institional answer. Which waiting might make my tree to refile the BP-10 Elapes. This continues to be a runaround and a delay in treetment. Clearly the system is not working.

<u>Conclution</u>

Get the needed medical treatment that is known to be needed. And for the delays and delibarate medical Indifference to shop. Exspecilly with liver problems being a life and death issue.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Barrett Kenneth E          04342-063          S.C.U          USP-Terre Haute TN
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A - REASON FOR APPEAL    This is to continue the grevence process on the issue of the delibarete medicel indefference being showed to my liver problems. These differences can be seen throut the previously filed BP-8 and BP-9. Which clearly must not have been reviewed. In the Wardens answer he states that I am on the list for a blood draw to check my Hep C viral load. And that a request has been placed by the URC for a liver biobsy. If the BP-8 and 9 had been read and my medical file reviewed. Then the Warden would have known that 4 days after the BP-9 was filed that a blood draw was done. And that a liver biobsy was done back on 12-28-11. So the Wardens Answer is wrong in many ways. Also the blood draw that

6-18-12    - see Attachment page-    Kenneth E Barrett
DATE                                     SIGNATURE OF REQUESTER

Part B - RESPONSE

_____    _____
     DATE                       REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE               CASE NUMBER: _____

Part C - RECEIPT

                                          CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
    DATE                                  SIGNATURE, RECIPIENT OF REGIONAL APPEAL

PRINTED ON RECYCLED PAPER

UPN LVN

BP-230(13)
JUNE 2002

## BP-10 Attachment page.

Was done on 5-18-12 that was suppost to check my viral load didn't check the load count. Just like a previous draw didn't, As for the liver biobsy that had allready been done on 12-28-11. A review of the results showed that interferon treatment was needed Which I was told the treatment could not start till a viral load count was done. Now after waiting months and months a blood draw was finally done but the viral load was not checked. Even tho the load count was not checked on 5-23-12 I was notified that my record was reviewed by the U.R.C and was sent to the Central Office for them to review and decied treatment. The delibarate medical indifference continues to be shown. We know what is needed. But instead continue to delay and wait while my liver worsins. Clearly there is also a problem with the review of my greivences and my medical file also.

## Conclution

To get the treatment that is known to be needed. Instead of stalling by way of waiting for my liver to fail and I die. due to the delibarate medical Indifference that is being shown to my need for treatment.

Remedy No.: 689709-F1                              FCC Terre Haute, IN

### PART B - RESPONSE

This is in response to your Administrative Remedy receipted on May 23, 2012, in which you allege deliberate medical indifference regarding your liver problems. You allege that you have not had your blood drawn to determine your Hepatitis C viral load. As relief, you request to have your blood drawn to determine your Hepatitis C viral load.

A review of your request reveals that you have been placed on the scheduler to have your blood drawn. A request has also been placed for a liver biopsy through URC.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Gateway Complex, Tower II, 8th Floor, 4th & State Ave., Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.


_6-11-12_
Date

_____
Charles L. Lockett
Complex Warden

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Barrett Kenneth E          04342-063      S.C.U.      U.S.P Terrahaute
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.      UNIT      INSTITUTION

Part A– INMATE REQUEST  This is to continue the Grevence Procees on the issue of the deliberate Medical Indifferance being shown to my liver problems. On 3-28-12 I filed a BP-8 which counseler Edwards sighed on 4-3-12. Only the Unit manager never sighed it. The recieve and return portion was not filed out and it was not given back to me till 4-26-12. Nor did the medical dept. Answer it. It was simply given back to me with a BP-9. With a response by Mr Edwards sayin. "No response by medical. See Ex 1 and 1A attached. Not only is my grevence process being hampered but I still have not had the needed blood draw to check my Hep C viral load count. Which is needed before starting the

5-14-12                  See Attachment page!  Kenneth Barrett
DATE                           SIGNATURE OF REQUESTER

Part B– RESPONSE

_____                          _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: 689709-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                            CASE NUMBER: _____

Part C– RECEIPT

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                  _____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER

BP–229(13)
APRIL 1982

<u>BP-9 Attachment page.</u> (5-14-12)

Interferon treatment which the P.A said I needed. See the BP-8 and attachment page for the progress of the issue. Also on 4-9-12 at a regular annual blood draw I talk to the nurse's about how I had not yet had the blood draw needed to check my viral lood count. The nurse said she had not seen my name. And that if a P.A ordered it that a doctor needed to sign off on it, And one hadn't or she would have seen my name. She said she would draw a extra vile of blood and try and turn it in for a viral load count test. But that it will probably be rejected. To date I have not heard anything I had a biobsy on 12-28-11 The P.A ordered a viral loed count blood draw on 2-14-12. Liver failure is a life and death issue. On 2-14-12 the P.A and me went over my biobsy results. He said it showed my liver was worsing and I needed to start interferon treatments. And would after the viral lood count test results. Clearly the delay in treatment can only be seen as deliberate medical ind.fference.

<u>Conclution</u>.

Get the needed blood draw done to check my viral lood and then start inteferon treatments, Expecially since my first test showed a lood count of 5,800,000 and the second was 8,100,000 And that was months and months ago.



Attachment f
THX-1330.13J

# FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
### INFORMAL RESOLUTION FORM

Inmate Name: Kenneth Barrett    Reg. No. 04342-063
Unit  S.C.U

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint: This grevence is bein filed over the deliberate medical indifference being showed to my liver problems. Back in Dec 2011 a blood draw was ordered to check my HepC viral load Because it continues to jump. Only the viral load wasn't checked at the last blood draw a the P.A ordered

(if more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

See attachment page.

2. State what actions you have made to informally resolve your complaint: Talk to medical, nurse and P.A

3. State what resolution you expect: Get the needed blood-draw done so I can start treatment.

Inmate's Signature: Kennt Bart    Date: 3-28-12

Correctional Counselor's Comments (Steps to Resolve): was respons by medical Please see attached BP-9.

Counselor' Signature: _____    Date: 4/3/12
Unit Manager's Review: _____    Date: 5/...2012
Informally Resolved: _____    Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

EX. 1A.

Attachment page BP-8 "Liver Issue"

On 12-28-11 I had a liver biopsy. It took several weeks and several cop-outs to get the results. Even tho after beng at the hospital on another issue they said they had allready sent the results to the instition. Once I recieved the reports It took several more weeks to see the P.A to discuss the results. After discussing the results it showed my liver was worsining. And the Hep C virus was speading. And that I needed to start Interferon treatment. But another blood draw needed to be done first Which was ordered on 2-14-12. Then after seeing the P.A on another issue I told him I had not had the blood draw yet. He said they only check Hep C viral loads every 6 months. Being liver faulure is a life and death issue, exspeacilly when it's attacking my liver because of the Hep C. And can be seen in my weight loss, fatigue and illness feeling. I fine it hard to belive that since treetment cant start till after the blood draw is done. And liver failure is life or death issue. That waiting 6 months is only letting my liver get worse while the virus continues to attack it. This wait can only be seen a deliberate medical indifference. And that a simple blood draw would hold up treatment clearly shows that. While my liver worsens as we wait, for sinething so simple.

Conclution.

Get the test done of my viral load. Get started on the treatment. And to quit showing deliberate medical indifference to a life and death issue.

BP-A0806
MARCH 12

## CONSENT TO HEPATITIS C TREATMENT

**U.S. DEPARTMENT OF JUSTICE**                                      **Federal Bureau Of Prisons**

*After discussing each item with the inmate, the health care provider should initial numbers 1 through 13 for all patients being considered for hepatitis C treatment, and numbers 14 through 27 if treatment includes teleprevir or boceprevir.*

I, KENNETH BARRETT_____, Reg. No.____04342-063__, hereby authorize Dr.___Wilson, William E. MD/CD___ or his/her relief (designee), to prescribe pegylated interferon (PEG-Intron®, Pegasys®) and ribavirin (Rebetol®, Copegus®), and telaprevir (Incivek®) or boceprevir (Victrelis®) if indicated, to me and to continue said medication as is recommended by BOP Clinical Practice Guidelines. I understand my medical condition and why this combination of medications is being recommended to treat my disease.

1. _KS_ The treatment of hepatitis C virus infection (HCV) with medication, is indicated for certain patients. Your health care provider will prescribe the regimen that is most appropriate for your condition. In some cases, dual therapy with pegylated interferon injections plus oral ribavirin is the most appropriate regimen. In other cases, triple therapy with pegylated interferon injections plus oral ribavirin in combination with an oral HCV protease inhibitor, e.g. boceprevir or telaprevir, will be recommended.

2. _KS_ This treatment requires frequent visits to the Health Services Unit for outpatient visits, blood tests, medication injections and pill line administration of some medications. Attending these appointments and adhering to the treatment regimens are essential to achieve a safe and successful treatment result and to reduce the likelihood of the virus becoming resistant to treatment. Prior to starting treatment, each patient must assess their ability and willingness to comply with the treatment regimen described by their health care provider. In some cases, postponing treatment may be acceptable or even preferred.

3. _KS_ This treatment is associated with numerous adverse and potentially serious side effects. Your health care provider, along with pharmacy and laboratory, will carefully monitor you for side effects and your response to this therapy.

4. _KS_ The most common side effects of this treatment are "flu-like" symptoms, such as headache, fatigue, muscle aches, and fever. These symptoms may decrease in severity as treatment continues. Taking acetaminophen (Tylenol®) prior to interferon administration may help alleviate some of these adverse effects.

5. _KS_ Psychiatric problems, such as insomnia and depression, are frequently associated with this therapy. If you feel you are getting irritable or easily upset, feel hopeless or bad about yourself, or experience any other uncommon psychological problems, you should immediately contact your health care provider. More severe psychiatric problems also may occur, including psychosis, severe depression, suicidal thoughts, or completed suicide.

6. _KS_ Some patients will develop blood problems such as reduced red blood cells (anemia), or reduced white blood cells or platelets. Between 5%-10% of the patients taking ribavirin therapy develop anemia within 1 to 4 weeks of beginning treatment. You will receive a Complete Blood Count on a regular basis to determine if you are developing anemia. Your white blood cells and platelets also will be closely monitored. If these levels drop below acceptable levels you may need to discontinue the medication or more following 10%.

7. _KS_ Your thyroid function will be closely monitored because a small percentage of patients (approximately 4%) will develop thyroid dysfunction that may be irreversible, even if treatment is discontinued.

8. _KS_ Other common side effects include bruising, irritation, or itchiness at the injection site, nasal stuffiness, and reversible thinning of the hair.

9. _KS_ Ribavirin can cause birth defects. Both women and men, particularly those awaiting release, must be counseled to use adequate birth control (2 forms of birth control) during treatment and 6 months after treatment is completed.

10. _KS_ Ribavirin should not be taken if you have severe kidney dysfunction.

11. _KS_ It is important to abstain from illicit drug or alcohol use, or from receiving tattoos which may interfere with medication treatments, worsen liver disease, or increase the risk for reinfection with HCV or other infections.

12. _KS_ You should immediately speak to your doctor if you experience any side effects described above, or you experience trouble breathing, chest pain, severe stomach or lower back pain, bloody diarrhea or bloody bowel movements, high fever, bruising, bleeding, decreased vision, weight loss, rashes, or other symptoms that concern you.

13. _KS_ To improve your comfort and the chances of successfully completing this course of treatment you should get plenty of rest, exercise lightly but regularly, drink plenty of water or clear fluids every day, eat regularly, and take acetaminophen for fevers and "flu-like" symptoms.

If HCV protease inhibitors are not a treatment option for this patient, skip the next section on protease inhibitors and complete the signature blocks at the bottom of page 2.

THP--TERRE HAUTE USP                                      1

**For patients treated with an HCV protease inhibitor, such as boceprevir or telaprevir, the following applies in addition to interferon and ribavirin:**

14. _____ The HCV protease inhibitors are indicated for the treatment of HCV genotype 1 only and must be taken in combination with pegylated interferon and ribavirin. They should never be taken without these other 2 medications.

15. _KS_ The HCV protease inhibitors, such as boceprevir and telaprevir, must be taken by mouth every 8 hours, +/- 1 hour, with food.

16. _KS_ Boceprevir capsules are 200 mg each. If prescribed boceprevir, you must take 4 boceprevir capsules, a total of 800 mg, for each dose. Telaprevir tablets are 375 mg each. If prescribed telaprevir, you must take 2 telaprevir tablets, a total of 750 mg, for each dose.

17. _KS_ Each dose of boceprevir or telaprevir must be taken with food. For boceprevir, a light snack is sufficient. Telaprevir must be taken with a snack that has at least 20 grams of fat. Examples of snacks that have 20 grams of fat include a bagel with cream cheese, 1/2 cup of nuts or trail mix, 3 tablespoons of peanut butter, 1 cup of regular (not low fat) ice cream, 2 ounces of American or cheddar cheese, or 2 ounces of potato chips. Your health care provider will discuss the types of snacks that will meet your needs.

18. _KS_ It is important to take these medications every 8 hours, +/- one hour, and not to miss any doses. If you forget to take a dose of boceprevir, do not double the next dose. The missed dose may be taken with food if you remember it more than 2 hours before the next dose but should be skipped if there are 2 hours or less before the next dose. If you forget to take a dose of the telaprevir, do not double the next dose. The missed dose may be taken with a 20 gram fat snack if you remember it more than 4 hours before the next dose but should be skipped if there are 4 hours or less before the next dose.

19. _KS_ Boceprevir and telaprevir can be stored at room temperature up to 77°F for up to 3 months.

20. _KS_ The incidence of anemia is higher with HCV protease inhibitors than with interferon and ribavirin alone. Dose adjustment of pegylated interferon and/or ribavirin may be indicated if hemoglobin levels drop significantly. There is no dose adjustment for telaprevir or boceprevir. If these levels drop below acceptable levels, you may need to discontinue all medication for Hepatitis C treatment including telaprevir/boceprevir. Your health care provider will advise you if this is necessary.

21. _KS_ The incidence of rash or adverse skin reactions with or without itching is higher with telaprevir than with pegylated interferon and ribavirin. Antihistamines and low-dose topical coricosteroids may help relieve some of the symptoms.

22. _KS_ Anorectal symptoms, including hemorrhoids, burning, and itching, may occur with the use of telaprevir.

23. _KS_ Uric acid levels may rise with telaprevir. These levels will be closely monitored. Please report any symptoms of gout to your health care provider.

24. _KS_ An alteration in taste can occur with use of telaprevir or boceprevir.

25. _KS_ To ensure continuity of care and provide the best opportunity for a successful outcome, a medical hold status that prevents your transfer to another institution may be placed until the course of therapy is complete.

26. _KS_ HCV protease inhibitors should not be taken or prescribed if you already are taking certain other medications. A comprehensive medication review is essential before initiation of Hepatitis C treatment. Your health care provider will discuss these medications in greater detail. If a new medication is prescribed for you while you are taking an HCV protease inhibitor, you should inform them that you are taking these medications.

27. _KS_ Due to the high potential for development of resistance, if telaprevir or boceprevir is discontinued, it shall not be restarted.

Physician Signature_____ _Klint Stander M.D._ _____
Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, the risks and benefits of the treatment, and is competent to give consent.

Physician Signature_____
Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and is not competent to give consent.

Other Issues discussed:_____

I certify that I have read the foregoing, or have had it explained to me in a language that I understand and hereby consent to treatment and have no additional questions. I understand that I may stop taking this medication by contacting the physician. However, I understand that discontinuing the medication may result in failure to control progression of liver disease.

Inmate Signature_____ _Kenneth Bartz_ _____ Reg No. _____04342-063_____ Date: _____6-25-2012_____

Witness Signature_____ Date: ___6-25-12___

Attending Physician:_____ K. Stander M.D. _____
Physician
FCC Terre Haute

THP--TERRE HAUTE USP                                            2

494

Attachment 1
THX-1330.13J

# FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
### INFORMAL RESOLUTION FORM

Inmate Name: Kenneth Barrett    Reg. No. 04342-063
Unit: S.C.U.

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint: On 2-1-13 I was shown on the computer by P.A. Justham a copy of the Regional's letter of my Hepitities C treatment. Dated 7-13-12 Since then I have submitted 2 cop-outs to medical Records in order to get a copy of that report. But medical Records will not answer my cop-outs.

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: Sent 2 cop-out's to medical Records 1 on 2-4-13 another on 2-18-13

3. State what resolution you expect To be given a copy of the record (document) that I was shown by the P.A. on 2-1-13. the record is dated 7-13-12 by the Regional Office.

Inmate's Signature: Kenneth Barrett    Date: 2-25-13

Correctional Counselor's Comments (Steps to Resolve): Please See Attached Response.

Counselor' Signature: _____    Date: 2/28/13
Unit Manager's Review: MGB    Date: 2/28/13
Informally Resolved: _____    Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

 **MEDLAB**

Lab AutoReporting
**FINAL**

1606 N 7th Terre Haute, IN 47804

Patient Name: BARRETT, KENNETH
Patient ID: M00455422
DOB: 06/29/1961

*04342-063*
*USP*

Order#: B8211548

MRN: M00206877    Location: FEDERAL PENITENTIARY LA
Sex: M    Requested by: WILSON, WILLIAM (ER
Age: 52    Chart#: 04342063

WILSON, WILLIAM (ERIC)
1513 N. 6 1/2 ST
TERRE HAUTE IN 47807

## REFERENCE LAB CHEMISTRY

| Test Name | Result | Flag | Reference | Units | Site |
|-----------|--------|------|-----------|-------|------|
| Hepatitis C RNA Qnt | | | | | |
| Collected 10/21/13 06:00 | | | | | |
| | | | | | |
| HCV RNA, PCR, QN IU/L | 7523656 | H | <15 | IU/mL | Q |
| HCV RNA, PCR, QN logIU/L | 6.88 | H | <1.18 | log IU/mL | Q |

*Please note:

The guidelines for the use of the new anti-HCV
therapies (boceprevir and telaprevir) recommend
using a test method that detects plasma viral
nucleic acid levels as low as 10 IU/mL.

This assay has a Limit of Detection of 10-13 IU/mL
for genotype 1 and conforms to the recommendation.
Quantitation of plasma HCV nucleic acid levels below
15 IU/mL (the Lower Limit of Quantitation for this
test) may not be linear, and in this circumstance are
reported as "15 IU/mL HCV RNA Detected".

Please note:
Due to character limitations of some clients' LIS
systems, viral load values greater than 10 million
are reported using scientific exponential notation.
For example a result of 10 Million (10,000,000) is
reported as 10.0E6 IU/mL or copies/mL. If your LIS
continued on next page
Q: Quest_Diagnostics_Nichols_Institute, 14225 Newbrook Drive, Chantilly, VA 20153 (703)802-6900

Flags:  H-high  L-low  P-Panic PH-panic high  PL-panic low  */A-abnormal  T-toxic N-normal

Patient Name: BARRETT, KENNETH    MRN: M00206877    Dr.: WILSON, WILLIAM (ER
RL1.rf  954  AUTO

Printed: 10/23/2013 20:21    PAGE: 1 of 2

 **MEDLAB**

Lab AutoReporting
**FINAL**

1606 N 7th Terre Haute, IN 47804

Patient Name: **BARRETT, KENNETH**                    MRN: M00206877    Location: FEDERAL PENITENTIARY LA
Patient ID: M00455422                               Sex: M          Requested by: WILSON, WILLIAM (ER
DOB: 06/29/1961                                      Age: 52         Chart#: 04342063

*04342-063*
*USP*

WILSON, WILLIAM (ERIC)
1513 N. 6 1/2 ST
Order#: B8211548                                    TERRE HAUTE IN 47807

continued

### REFERENCE LAB CHEMISTRY

| Test Name | Result | Flag | Reference | Units | Site |
|---|---|---|---|---|---|

will accept the number of characters required for
viral loads greater than 10 million, please contact
your local service representative to have this
reporting convention changed.

The method used in this test is Real-Time PCR
of the 5' UTR of the HCV genome.

This test was performed using the COBAS(R) AmpliPrep/
COBAS(R) TaqMan(R) HCV Test, v2.0.

For more information on this test, go to
http://education.questdiagnostics.com/faq/FAQ22v1

The performance characteristics of this assay have been
determined by Quest Diagnostics Nichols Institute.
Performance characteristics refer to the analytical
performance of the test.

Q: Quest_Diagnostics_Nichols_Institute, 14225 Newbrook Drive, Chantilly, VA 20153 (703)802-6900

Flags:  H-high  L-low  P-Panic PH-panic high  PL-panic low  */A-abnormal  T-toxic N-normal

Patient Name: **BARRETT, KENNETH**                    MRN: M00206877      Dr.: WILSON, WILLIAM (ER
                                    RL1.rf  854  AUTO



**Federal Bureau of Prisons**

# FMC Rochester
2110 East Center Street
ROCHESTER, MN  55904
(507) 287-0674

*** *Sensitive But Unclassified* ***

| Name | Reg Number | DOB | Sex | Location | Unit |
|---|---|---|---|---|---|
| BARRETT, KENNETH | 04342-063 | 6/29/1961 | M | USP Terre Haute | |

| Provider | Collection Date | | Received Date | | Sample ID |
|---|---|---|---|---|---|
| William Wilson MD | 10/21/2013 | 06:00 | 10/22/2013 | 11:30 | 295132162 |

| Test | Result | | Reference Range | Units |
|---|---|---|---|---|

**HEPATIC PROFILE**

| Test | | Result | Reference Range | Units |
|---|---|---|---|---|
| AST | H | 42 | 10-37 | U/L |
| ALT | H | 63 | 8-40 | U/L |
| Alkaline Phosphatase | | 82 | 49-126 | U/L |
| Total Bilirubin | | 0.4 | 0.1-1.1 | mg/dL |
| Direct Bilirubin | | 0.1 | 0.0-0.3 | mg/dL |
| GGT | | 20 | 10-45 | U/L |
| Total Protein | | 7.3 | 6.3-8.3 | g/dL |
| Albumin | | 4.6 | 3.5-5.0 | g/dL |
| PSA | | 0.86 | 0.00-4.40 | ng/mL |

Legend    L=Low    Ll=Low Critical    H=High    Hl=High Critical    A=Abnormal    Al=Abnormal Critical

| Name | Reg Number | Location | Sample ID | Report Date |
|---|---|---|---|---|
| BARRETT, KENNETH | 04342-063 | USP Terre Haute | 295132162 | 10/22/2013 |

Administrative Remedy No. 689709-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal wherein you allege deliberate medical indifference regarding your hepatitis C (HCV). In addition, you claim staff continue to give you the runaround in relation to your grievances and contend an undue delay in treatment for your condition. For relief, you request HCV treatment.

We have reviewed documentation relevant to your appeal which reveals you do not currently meet criteria for Hepatitis C treatment based on the Federal Bureau of Prisons' Clinical Practice Guidelines for the Evaluation and Treatment of Hepatitis C and Cirrhosis. The non-formulary request for HCV treatment was disapproved due to your relatively mild stage of fibrosis, with treatment being deferred. Also, your liver ultrasound from January 17, 2013, was normal.

In regards to the repeat requests for a liver biopsy, it was determined the December 28, 2011, biopsy was sufficient and did not warrant repeating at this time. Furthermore, viral load labs were ordered by a provider for June 11, 2012; however, the test was cancelled on June 14, 2012, due to insufficient blood to run the test. The viral load was subsequently drawn on October 22, 2012, and again on May 23, 2013. The viral load test does not need to be drawn again unless treatment is being considered, for which you may be reconsidered for re-biopsy within 3 to 5 years of your previous biopsy date.

You have failed to provide evidence to substantiate your contentions of deliberate medical indifference, inadequate attention to your grievances regarding HCV treatment or an unnecessary delay in care.

The record reflects you received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so staff can continue to provide essential medical care and to utilize normal sick call procedures should you experience further symptoms or should your condition worsen.

Administrative Remedy No. 689709-A1
Part B - Response
Page 2


Considering the foregoing, this response is provided for
informational purposes only.

October 24, 2013
Date

Harrell Watts, Administrator
National Inmate Appeals

 **Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** BARRETT, KENNETH | **Facility** USP Terre Haute | **Collected** 01/02/2014 7:00 |
| **Reg #** 04342-063 | **RCH Unit** | **Received** 01/03/2014 11:56 |
| **DOB** 06/29/1961 | **Provider** Roger Bailey, MD | **Reported** 01/03/2014 14:02 |
| **Sex** M | | **LIS ID** 003141707 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 136-146 | mEq/L |
| Potassium, serum | | 4.2 | 3.6-4.9 | mEq/L |
| Chloride | | 105 | 98-108 | mEq/L |
| CO2 | | 26 | 22-29 | mmol/L |
| BUN | | 18 | 7-24 | mg/dL |
| Creatinine | | 1.2 | 0.6-1.2 | mg/dL |
| GFR IDMS est. | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.1 | 8.6-10.4 | mg/dL |
| Glucose, serum | | 81 | 70-110 | mg/dL |
| Anion Gap | | 10.4 | 9.0-19.0 | mmol/L |
| | | | | |
| AST | H | 38 | 10-37 | U/L |
| ALT | H | 54 | 8-40 | U/L |
| Alkaline Phosphatase | | 74 | 49-126 | U/L |
| Total Bilirubin | | 0.4 | 0.1-1.1 | mg/dL |
| Direct Bilirubin | | 0.1 | 0.0-0.3 | mg/dL |
| GGT | | 13 | 10-45 | U/L |
| Total Protein | | 6.8 | 6.3-8.3 | g/dL |
| Albumin | | 4.3 | 3.5-5.0 | g/dL |
| | | | | |
| Cholesterol | | 162 | 50-200 | mg/dL |
| Triglyceride | | 55 | <150 | mg/dL |
| HDL-Cholesterol | | 36 | 35-80 | mg/dL |
| LDL calc | | 115 | 0-130 | mg/dL |
| Chol/HDL | H | 4.5 | 0.0-4.0 | |

## CHEMISTRY, URINE

| | | | | |
|---|---|---|---|---|
| Urine mAlbumin | | 0 | 0-17 | ug/mg |
| Urine Creatinine, random | H | 201 | 60-200 | mg/dL |
| mAlb/Creat ratio | | 0 | 0-29 | ug/mg Cr |



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** EARRETT, KENNETH | **Facility** USP Terre Haute | **Collected** 01/02/2014 7:00 |
| **Reg #** 04342-063 | **RCH Unit** | **Received** 01/03/2014 11:56 |
| **DOB** 09/29/1961 | **Provider** Roger Bailey, MD | **Reported** 01/03/2014 14:02 |
| **Sex** M | | **LIS ID** 003141707 |

## CHEMISTRY, URINE

Random mALB Creat ratio:
Category            Result
Normal              Less than 30
Microalbuminuria    30 - 299
Clinical albuminuria    Greater than 300
The ADA recommends that at least two of three specimens collected within a 3 - 6 month
period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Vol. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

## HEMATOLOGY / COAG

| | | | |
|---|---|---|---|
| White Blood Count | 5.0 | 3.5-10.5 | K/uL |
| Red Blood Count | 4.72 | 4.10-6.00 | M/uL |
| Hemoglobin | 14.6 | 12.0-17.5 | g/dL |
| Hematocrit | 43.3 | 38.8-50.0 | % |
| MCV | 92.9 | 76.0-100.0 | fL |
| MCH | 30.9 | 27.0-33.0 | pg |
| MCHC | 33.2 | 28.0-36.0 | g/dL |
| RDW | 12.5 | 12.0-15.0 | % |
| Platelet | 215 | 150-450 | K/uL |
| Neutrophils % | 45.8 | 30.0-75.0 | % |
| Total Lymphocytes % | 43.3 | 15.0-45.0 | % |
| Monocytes % | 7.6 | 0.0-12.0 | % |
| Eosinophils % | 3.0 | 0.0-7.0 | % |
| Basophils % | 0.3 | 0.0-2.0 | % |
| Neutrophil # | 2.6 | 1.1-7.9 | K/uL |
| Total Lymphocytes # | 2.4 | 0.5-4.7 | K/uL |
| Monocytes # | 0.4 | 0.0-1.3 | K/uL |
| Eosinophils # | 0.16 | 0.00-0.70 | K/uL |
| Basophils # | 0.1 | 0.0-0.2 | K/uL |

Medical

To:
Dr Wilson    *I already answered this*

From: Kenneth Barrett
#04342-063  S.C.U.
415-B

Sir.

*DR. W. WILSON. MD  8/25/16
CLINICAL DIRECTOR
FCC TERRE HAUTE*

On 7-14-16 I had A blood draw the nurse said it WAS to check my liver function. I asked About my viral load being checked. And she said my viral load will not be checked Anymore. I find this hard to belive since my last blood draw for A viral load check showed that it had jumped a couple million. And was now over 10 million. Can you explain to me why my viral load will not be checked Anymore. Thank you
Kenneth Barrett #04342-063 S.C.U-415-B

Barrett, Kenneth
04342-063
X02-411L

Mr Rutoska → Dr Wilson                    8-17-16

Sir. At my last blood draw I was told that they were only checking my liver function and would not be checking my Hep C viral load Anymore.

I wrote Dr Wilson over A month Ago, Asking if this was true And why. But he never Answered me.

I find this confuseing because my last viral load test showed that I had A big Jump And my count was over 10 million now. Even Dr Wilson at our last visit said it was A big jump.

If it's true And only my liver function is to be tested. What happens if it quits functioning between the test to see how it's functioning. My liver bi-obsy showed bridging. And my viral load has continued to climb. Which shows the virus is spreading. I know the viral load is not the only way to keep A eye on my liver. But it is important. So why stop?

Thankyou Kenneth Barrett → BOP policy. The viral load
DR. H. WILSON. #MD 4342-063    is not used to qualify for Treatment,
CLINICAL DIR ECTOR        CU-411-B  And the Hepatic Profile is used to
FCC TERRE HAUTE 8/25/16        monitor.

03/24/2016 3:55:28 PM -0400 FAXCOM                    PAGE 2    OF 3

QUEST DIAGNOSTICS NICHOLS INSTITUTE
P.O. Box 10841 * 14225 Newbrook Drive, Chantilly, Virginia 20153-0841
Telephone: (703) 802-6900
Age and sex dependent reference ranges are printed when available
if age and sex are designated.    Otherwise, adult values are given.


BARRETT, KENNETH              CH438789I          54 YEARS · MALE
  Page    1  From Chantilly        FOR WILLIAM WILSON                    X
  COLLECTED:  03/15/2016 06:00    1200 FCI - TERRE HAUTE - THA
  RECEIVED:    03/23/2016
  REPORTED:    03/24/2016          4200 BUREAU ROAD NORTH    FCC    TERRE HAU...
2016/  0/  1200/  0/33486891      TERRE HAUTE IN 47808
  Please note:  04342-063


--------------TESTS-------------RESULTS-FLAG--------REF. RANGE------UNITS

35645/Chantilly
HEPATITIS C, RNA, QUANTITATIVE, PCR
 HCV RNA, PCR, QN              10.4E6 H              <15      IU/mL
 HCV RNA, PCR, QN               7.02 H              <1.18  log IU/mL

          Please note:
          Due to character limitations of some clients' LIS
          systems, viral load values greater than 10 million are
          reported using scientific exponential notation.
          For example a result of 10 Million (10,000,000) is
          reported as 10.0E6 IU/mL or copies/mL.  If your LIS
          will accept the number of characters required for
          viral loads greater than 10 million, please contact
          your local service representative to have this
          reporting convention changed.

          Viral load
          Shows
          I'm at
          10 million
          400 thousand.

          This test was performed using the COBAS(R) AmpliPrep/
          COBAS(R) TaqMan(R) HCV Test, v2.0.


          For more information on this test, go to
          http://education.questdiagnostics.com/faq/FAQ22v1


          The analytical performance characteristics of this
          assay have been determined by Quest Diagnostics
          Nichols Institute, Chantilly, VA. The modifications
          have not been cleared or approved by the FDA. This
          assay has been validated pursuant to the CLIA
          regulations and is used for clinical purposes.


                    *** FINAL REPORT ***          ·
[P 63909]-[S 1080]
                        Patrick W Mason, M.D., Ph.D.
                        Director of Laboratories

Cedar Diagnostics

575 Rivergate Lane, Ste. 106
Durango, CO 81301

*06d1065912*
*Alexander R. Cudkowicz, MD*

| | |
|---|---|
| Provider: GENEVIEVE MUSCATELL | Name/DOB:  BARRETT, KENNETH  (6/29/1961) |
| FCC-Terre Haute, Bureu of Prisons | Sex: M    Age: 57 |
| 4200 Bureau Road North | Address:    Terre Haute, IN  47802 |
| Terre Haute, IN | |
| Terre Haute, IN  47802 | |
| (812) 238-3439 | Phone No.: |

Draw Date: 7/25/2018   6:00 AM
Delivery Date: 7/26/2018   12:04 PM
Approval date: 7/27/2018   8:45 AM

Sample ID: 401309
Patient ID: 0000043151

04342-063 SID200181789

| TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|
| | IN RANGE | OUT OF RANGE | | RANGE |
| Acetaminophen | <10 | | ug/mL | 10-30 |

Testing performed at Southwest Memorial Hospital lab.
1311 N Mildred Road, Cortez, CO, 81321.

Sample ID: 401309/1
END OF REPORT (Final)

Reviewed by: _____

 **Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** BARRETT, KENNETH | **Facility** USP Terre Haute | **Collected** 07/25/2018 06:23 |
| **Reg #** 04342-063 | **Order Unit** X02-411L | **Received** 07/26/2018 11:13 |
| **DOB** 06/29/1961 | **Provider** Genevieve Muscatell, PA-C | **Reported** 07/26/2018 13:34 |
| **Sex** M | | **LIS ID** 192181638 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-146 | mmol/L |
| Potassium | | 4.5 | 3.6-4.9 | mmol/L |
| Chloride | | 104 | 98-108 | mmol/L |
| CO2 | | 26 | 22-29 | mmol/L |
| BUN | | 20 | 7-24 | mg/dL |
| Creatinine | | 1.14 | 0.60-1.20 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.2 | 8.6-10.4 | mg/dL |
| Glucose | | 99 | 70-110 | mg/dL |
| AST | | 36 | 10-37 | U/L |
| ALT | H | 49 | 8-40 | U/L |
| Alkaline Phosphatase | | 70 | 49-126 | U/L |
| Bilirubin, Total | | 0.6 | 0.1-1.1 | mg/dL |
| Total Protein | | 7.0 | 6.3-8.3 | g/dL |
| Albumin | | 4.5 | 3.5-5.0 | g/dL |
| Globulin | | 2.5 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.80 | 1.00-2.30 | |
| Anion Gap | | 12.1 | 9.0-19.0 | |
| BUN/Creat Ratio | | 17.5 | 5.0-30.0 | |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 4.2 | 3.5-10.5 | K/uL |
| RBC | 4.89 | 4.10-6.00 | M/uL |
| Hemoglobin | 14.8 | 12.0-17.5 | g/dL |
| Hematocrit | 44.4 | 38.8-50.0 | % |
| MCV | 90.9 | 76.0-100.0 | fL |
| MCH | 30.3 | 27.0-33.0 | pg |
| MCHC | 33.3 | 28.0-36.0 | g/dL |
| RDW | 12.7 | 12.0-15.0 | % |
| Platelet | 223 | 150-450 | K/uL |

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical