UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | Cause No. 2:20-cv-00596-JRS-DLP |
| | ) | |
| MICHAEL CARVAJAL, Director | ) | |
| Federal Bureau of Prisons, | ) | |
| and | ) | |
| | ) | |
| T.J. WATSON, Warden | ) | |
| USP Terre Haute, | ) | |
| | ) | |
| Defendant(s). | ) | |

**FILED**

**11/10/2020**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **Kimberly M. Skaggs** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Kenneth Eugene Barrett in the above-styled cause only which has not yet been filed. In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **Ohio Bar #61572 Admitted 1993.**

2.  I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 11/9/2020                        Respectfully submitted,

Kimberly M. Skaggs
Attorney at Law
116 Ocean Blvd.
Isle of Palms, SC 29451
Tele: 614.738.3931
kimskaggs@mac.com