**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Terre Haute Division**

KENNETH EUGENE BARRETT                    )
                                          )        Cause No.  2:20-cv-00596-JRS-DLP
                    Plaintiff,            )
                                          )
v.                                        )
                                          )
                                          )
FEDERAL BUREAU OF PRISONS,                )
                                          )
MICHAEL CARVAJAL, Director                )
Federal Bureau of Prisons                 )
                                          )
and                                       )
                                          )
T.J. WATSON, Warden                       )
USP Terre Haute,                          )
                                          )
                    Defendants.           )

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Kimberly M. Skaggs** counsel for

**Kenneth Eugene Barrett**, for leave to appear and participate *pro hac vice* in the above-captioned cause

only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Kimberly M. Skaggs**
**Attorney at Law**
**116 Ocean Blvd.**
**Isle of Palms, SC 29451**
**614.738.3931**
**kimskaggs@mac.com**

Dated: _____                      _____
                                          [Name of Judge]
                                          United States District Court
                                          Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail
**Kimberly M. Skaggs**
**Attorney at Law**
**116 Ocean Blvd.**
**Isle of Palms, SC 29451**