UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00596-JRS-DLP |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| MICHAEL CARVAJAL, | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter has come before the Court on motion of Kimberly M. Skaggs, Attorney at Law, seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Plaintiff, Kenneth Eugene Barrett, in the above-styled cause only, Dkt. [2]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Kimberly M. Skaggs
Attorney at Law
116 Ocean Blvd.
Isle of Palms, SC 29451
Phone: (614) 738-3931
kimskaggs@mac.com

**Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.**

So ORDERED.

Date: 11/12/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Kimberly M. Skaggs
Attorney at Law
116 Ocean Blvd.
Isle of Palms, SC 29451