**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Terre Haute Division**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT | ) | |
| | ) | Cause No. 2:20-cv-596 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| MICHAEL CARVAJAL, Director | ) | |
| Federal Bureau of Prisons, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| T.J. WATSON, Warden | ) | |
| USP Terre Haute, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of Courts and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff Kenneth Eugene Barrett.

/s/Kimberly M. Skaggs. OH 61572
Admitted *pro hac vice*
Kimberly M. Skaggs
Attorney at Law
116 Ocean Blvd.
Isle of Palms, SC 29451
614.738.3931
kimskaggs@mac.com