**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Terre Haute Division**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT | ) | |
| | ) | Cause No. 2:20-cv-596 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL CARVAJAL, Director | ) | |
| Federal Bureau of Prisons, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| T.J. WATSON, Warden | ) | |
| USP Terre Haute, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

This cause has come before the Court upon the Application and Affidavit of Plaintiff

Kenneth Eugene Barrett to proceed *in forma pauperis.* Being fully advised, it is now ORDERED

that Plaintiff's application be, and hereby is, GRANTED.

Dated: _____

_____
Judge James R. Sweeney II
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF