UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00596-JRS-DLP |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| MICHAEL CARVAJAL, Director of Federal | ) | |
| Bureau of Prisons, and | ) | |
| T.J. WATSON, Warden of USP Terre Haute, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Motion for Leave to Proceed *in Forma Pauperis*
and Directing Payment of Initial Partial Filing Fee**

The plaintiff's motion to proceed *in forma pauperis*, dkt. [11], is **granted** to the extent that

the plaintiff is assessed an initial partial filing fee of thirty-seven dollars and seventeen cents

(**$37.17**). *See* 28 U.S.C. § 1915(b)(1)(A). The plaintiff shall have **through December 31, 2020**,

in which to pay this sum to the clerk of the district court.

The plaintiff is informed that after the initial partial filing fee is paid, he will be obligated

to make monthly payments of 20 percent of the preceding month's income each month that the

amount in his account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C.

§ 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the

plaintiff and the plaintiff's custodian.

**IT IS SO ORDERED.**

Date: 12/2/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kimberly Marcinko Skaggs
kimskaggs@mac.com