# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Terre Haute Division

KENNETH EUGENE BARRETT )
)  Cause No. 2:20-cv-596
Plaintiff, )
)
v. )
)
)
MICHAEL CARVAJAL, Director )
Federal Bureau of Prisons, )
)
and )
)
T.J. WATSON, Warden )
USP Terre Haute, )
)
Defendants. )

## RETURN OF SERVICE

Attached please find proof of service of Complaint, Motion *Pro Hac Vice*, and Notice of Appearance.

Dated:  Dec. 10, 2020                    Respectfully submitted,


/s/Kimberly M. Skaggs. OH 61572
Admitted *pro hac vice*
Kimberly M. Skaggs
Attorney at Law
116 Ocean Blvd.
Isle of Palms, SC 29451
614.738.3931
kimskaggs@mac.com