**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T.J. WATSON, WARDEN
USP TERRA HAUTE
U.S. PENITENTIARY
4700 BUREAU RD
TERRA HAUTE, IN
47802

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
11-19-20

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7020 0090 0001 3996 3432

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL CARVAJAL
FEDERAL BUREAU OF PRISONS
U.S. DEPT. OF JUSTICE
320 FIRST ST. NW
WASHINGTON, DC
20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Drenna Hill   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)
Drenna Hill

C. Date of Delivery
11/23/20

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)

7019 1120 0000 3895 0886

Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835