UNITED STATES INDIANAPOLIS IN 460

20 NOV 2020PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KIMBERLY M. SKATTUS
ATTORNEY AT LAW
116 OCEAN BLVD
ISLE OF PALMS, SC
                        29451



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KIMBERLY M. SKATTUS
ATTORNEY AT LAW
116 OCEAN BLVD
ISLE OF PALMS, SC 29451