# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Terre Haute Division

KENNETH EUGENE BARRETT   )
             )  Cause No. 2:20-cv-596
    Plaintiff,    )
             )
v.            )
             )
             )
MICHAEL CARVAJAL, Director  )
Federal Bureau of Prisons,   )
             )
and           )
             )
T.J. WATSON, Warden    )
USP Terre Haute,     )
             )
    Defendants.   )

## RETURN OF SERVICE

Attached please find proof of service of Complaint to United States Attorney for the Southern District of Indiana.

Dated: January 26, 2021     Respectfully submitted,

            /s/Kimberly M. Skaggs. OH 61572
            Admitted *pro hac vice*
            Kimberly M. Skaggs
            Attorney at Law
            116 Ocean Blvd.
            Isle of Palms, SC 29451
            614.738.3931
            kimskaggs@mac.com