UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KENNETH EUGENE BARRETT,     )
                                     )
         Plaintiff,         )
                                     )
     v.                    )    Cause No. 2:20-cv-00596-JRS-DLP
                                     )
MICHAEL CARVAJAL, Director of    )
Federal Bureau of Prisons, and    )
T.J. WATSON, Warden of USP Terre Haute,)
                                     )
        Defendants.     )

### NOTICE OF APPEARANCE

John E. Childress, Acting United States Attorney for the Southern District of Indiana, by

Shelese Woods, Assistant United States Attorney for the Southern District of Indiana, hereby

enters his appearance as counsel for the Defendants in their official capacities only.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:    *s/ Shelese Woods*
       Shelese Woods
       Assistant United States Attorney

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, the foregoing was filed electronically through ECF/CM.   On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney
