UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KENNETH EUGENE BARRETT, )
)
        Plaintiff, )
)
    v. )    Cause No. 2:20-cv-00596-JRS-DLP
)
MICHAEL CARVAJAL, Director of )
Federal Bureau of Prisons, and )
T.J. WATSON, Warden of USP Terre Haute,)
)
        Defendants. )

## MOTION FOR ENLARGEMENT OF TIME

The Defendants in their official capacities, by counsel, respectfully request that the Court

enlarge Defendants' deadline to answer or otherwise respond to Plaintiff's complaint, and in

support thereof states:

1.    Plaintiff's Complaint was filed on November 10, 2020 (Dkt. 1) and was served on

the United States Attorney's Office on January 21, 2021.   The Defendants' deadline to answer

or otherwise respond to the Complaint is currently March 22, 2021.

2.    The Complaint seeks injunctive relief, and the Defendants have been discussing a

possible resolution of the case without the need for further litigation or motion practice. The

Parties require additional time to see if those efforts will resolve the matter.

3.    Moreover, the undersigned has not yet been able to gather the necessary

information from the Defendants to fully respond to the Plaintiff's Complaint, and is therefore

requesting an additional 30-day extension to gather this information and meet the Defendants'

obligations under the Federal Rules for responding to the Complaint.

1

4.        This motion is made in good faith and not for purpose of delay. The Plaintiff, by counsel, consents to the requested enlargement of time.

WHEREFORE, the Defendants, in their official capacities, hereby respectfully request that the time required to answer or otherwise respond to the Complaint in this matter be enlarged by 30 days, to and including April 21, 2021.

                                    Respectfully submitted,

                                    JOHN E. CHILDRESS
                                    Acting United States Attorney

                    By:     s/ Shelese Woods
                                    Shelese Woods
                                    Assistant United States Attorney

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, the foregoing was filed electronically through ECF/CM.   On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

_s/ Shelese Woods_
Shelese Woods
Assistant United States Attorney

3