UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KENNETH EUGENE BARRETT,            )
                                   )
            Plaintiff,             )
                                   )
      v.                           )  Cause No. 2:20-cv-00596-JRS-DLP
                                   )
MICHAEL CARVAJAL, Director of      )
Federal Bureau of Prisons, and     )
T.J. WATSON, Warden of USP Terre Haute,)
                                   )
            Defendants.            )

**ORDER**

The Court, having reviewed the Motion for Enlargement of Time filed by Defendants,

and being duly advised, hereby GRANTS the Motion and extends the Defendants' deadline to

file Answer or other responsive pleading to the Plaintiff's Complaint by thirty days, making such

filing due on or before April 21, 2021.

**IT IS SO ORDERED** this ____ day of _____, 2021.

_____
JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system