UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cv-00596-JRS-DLP |
| | ) | |
| MICHAEL CARVAJAL, Director of | ) | |
| Federal Bureau of Prisons, and | ) | |
| T.J. WATSON, Warden of USP Terre Haute, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court, having reviewed the Motion for Enlargement of Time filed by Defendants,

and being duly advised, hereby GRANTS the Motion, dkt [21], and extends the Defendants' deadline to

file Answer or other responsive pleading to the Plaintiff's Complaint by thirty days, making such

filing due on or before April 21, 2021.

**IT IS SO ORDERED**.


Date: 3/19/2021


_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system