UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KENNETH EUGENE BARRETT,        )
                               )
            Plaintiff,         )
                               )
      v.                       )    Cause No. 2:20-cv-00596-JRS-MG
                               )
MICHAEL CARVAJAL, Director of  )
Federal Bureau of Prisons, and )
T.J. WATSON, Warden of USP Terre Haute,)
                               )
            Defendants.        )

## MOTION FOR ENLARGEMENT OF TIME

The Defendants in their official capacities, by counsel, respectfully request that the Court enlarge Defendants' deadline to answer or otherwise respond to Plaintiff's complaint, and in support thereof states:

1.      Plaintiff's Complaint was filed on November 10, 2020 (Dkt. 1) and was served on the United States Attorney's Office on January 21, 2021.   The Defendants' deadline to answer or otherwise respond to the Complaint is currently April 21, 2021.

2.      The Complaint seeks injunctive relief, and the Defendants have been discussing a possible resolution of the case without the need for further litigation. The Parties require additional time to see if those efforts will resolve the matter.

3.      If the Parties are unable to resolve the case, the Defendants anticipate filing a dispositive motion. Again, in the interest of judicial efficiency, it would be prudent to permit the Parties additional time to confer to avoid unnecessary motion practice. The Defendants are therefore requesting an additional 30-day extension to respond to the Complaint.

4.      This motion is made in good faith and not for purpose of delay. The Plaintiff, by

1

counsel, consents to the requested enlargement of time.

WHEREFORE, the Defendants, in their official capacities, hereby respectfully request that the time required to answer or otherwise respond to the Complaint in this matter be enlarged by 30 days, to and including May 21, 2021.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:    *s/ Shelese Woods*
       Shelese Woods
       Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney