UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KENNETH EUGENE BARRETT,     )
          )
     Plaintiff,     )
          )
     v.     )  Cause No. 2:20-cv-00596-JRS-MG
          )
MICHAEL CARVAJAL, Director of     )
Federal Bureau of Prisons, and     )
T.J. WATSON, Warden of USP Terre Haute,)
          )
     Defendants.     )

## ORDER

The Court, having reviewed the Motion for Enlargement of Time filed by Defendants, and being duly advised, hereby GRANTS the Motion and extends the Defendants' deadline to file Answer or other responsive pleading to the Plaintiff's Complaint by thirty days, making such filing due on or before May 21, 2021.

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system