UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KENNETH EUGENE BARRETT,               )
                                      )
            Plaintiff,                )
                                      )
    v.                                )  Cause No. 2:20-cv-00596-JRS-MG
                                      )
MICHAEL CARVAJAL, Director of         )
Federal Bureau of Prisons, and        )
T.J. WATSON, Warden of USP Terre Haute,)
                                      )
            Defendants.               )

**ORDER**

The Court, having reviewed the Motion for Enlargement of Time filed by Defendants,

and being duly advised, hereby GRANTS the Motion, dkt. [24], and extends the Defendants' deadline to

file Answer or other responsive pleading to the Plaintiff's Complaint by thirty days, making such

filing due on or before May 21, 2021.

Dated: 4/23/2021

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system