UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cv-00596-JRS-MG |
| | ) | |
| MICHAEL CARVAJAL, Director of | ) | |
| Federal Bureau of Prisons, and | ) | |
| T.J. WATSON, Warden of USP Terre Haute,) | | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

Pursuant to Fed. Rule Civ. P. 12(b)(1), the Official Capacity Defendants respectfully request that the Court dismiss all of the Plaintiff's claims against them for lack of subject matter jurisdiction for the following reasons:

1.     Plaintiff Kenneth Barrett filed this lawsuit seeking declaratory and injunctive relief under the Eighth Amendment and Rehabilitation Act because he suffers from chronic Hepatitis C, but had not yet been placed on a drug treatment plan to cure his condition. Specifically, Barrett asked the Court to "issue appropriate declaratory and injunctive relief to stop the constitutional violations . . . and to ensure that Plaintiff immediately receive appropriate treatment for his HCV, including treatment with direct-acting antiviral medications." (ECF No. 1 ¶ 79.)

2.     Mr. Barrett has now received a course of prescription medication to treat and cure his Hepatitis C, and he is now virus free. As a result, Mr. Barrett has received all of the available injunctive relief he sought through his lawsuit and his case must be dismissed for mootness.

3.      In support of their motion, the Defendants rely upon their brief in support and the following evidence:

Exhibit A      Barrett's 2020 medical records

Exhibit B      Barrett's 2021 medical records

Exhibit C      Lab results for Kenneth Barrett

WHEREFORE, the Official Capacity Defendants respectfully request that the Court grant their motion to dismiss and dismiss all of the Plaintiff's claims against them.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:    *s/ Shelese Woods*
       Shelese Woods
       Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, the foregoing was filed electronically through ECF/CM, which will generate service of this document electronically through the Court's ECF/CM system to all counsel of record.

_s/ Shelese Woods_
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204

2