# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | Reg #: | 04342-063 |
| | | Sex: M  Race: WHITE | Facility: | THP |
| Encounter Date: 11/06/2020 12:16 | | Provider: Wilson, William E. MD/CD | Unit: | X02 |

Physician - Evaluation encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Wilson, William E. MD/CD

Chief Complaint:   Other Problem
Subjective:      FOLLOW-UP: HEPATITIS

SUBJECTIVE INTERVAL HISTORY: WE HAD SCHEDULED THE PATIENT TO INFORM HIM THAT HIS HEPATITIS TREATMENT WAS APPROVED AND THAT WE WERE GOING TO START IN THE NEAR FUTURE.  HE THEN HAD SPOKEN TO THE NURSE AND SAID THAT HE THOUGHT HIS "LIVER WAS ACTING UP ".
FOR THE PAST FEW DAYS HE EXPERIENCED RIGHT-SIDED DISCOMFORT IN THE ABDOMINAL WALL OCCASIONALLY AND MODERATELY ASSOCIATED WITH SOME RHINORRHEA AND DIFFUSE MYALGIA.  NOW ALL THAT IS IMPROVING.  IN FACT IT IS ALMOST GONE TODAY.
HE HAD SEVERAL QUESTIONS ABOUT HIS LABS WHICH WE DISCUSSED AS WELL.

COMPLIANT WITH THERAPY: YES HE STATES
SIGNIFICANT RECENT CONSULTATIONS: NONE
SIGNIFICANT POSITIVE REVIEW OF SYSTEMS: AS ABOVE
HIS PAST MEDICAL HISTORY IS NOTED AS IN THE CHART AND AFTER DISCUSSION WITH THE INMATE. ALLERGY STATUS HAS BEEN REVIEWED AND IS UNCHANGED. THE RELEVANT CHRONIC CARE REVIEW OF SYSTEMS ARE NEGATIVE OTHERWISE.

**Pain:**        No

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Exam Comments**

NAD.
HEENT- NORMAL. EOM INTACT.
SKIN- INTACT. GROSSLY NORMAL
NECK- SUPPLE.
PULMONARY- CTA BILATERALLY.
CARDIAC- RRR. NO M/G/R.
ABDOMEN- BENIGN
EXTREMITIES- NO EDEMA OF EXTREMITIES NOTED.
NEURO- NO GROSS FOCAL DEFICITS. CN II-XII INTACT GROSSLY. NORMAL GAIT. NORMAL MENTATION AND BEHAVIOR.

**ASSESSMENT:**

Hepatitis C, chronic w/o mention of hepatic coma, 070.54 - Current

**PLAN:**

EXHIBIT A

---

Generated 11/06/2020 12:26 by Wilson, William E. MD/CD        Bureau of Prisons - THA        Page 1 of 3

| Inmate Name: | BARRETT, KENNETH EUGENE | | Reg #: | 04342-063 |
|---|---|---|---|---|
| | | Sex: M  Race: WHITE | Facility: | THP |
| Encounter Date: | 11/06/2020 12:16 | Provider: Wilson, William E. MD/CD | Unit: | X02 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Mavyret Oral Tablet 100-40 MG | 11/06/2020 12:16 |

**Prescriber Order:**   1 Orally -  daily x 56 day(s) Pill Line Only -- DOSE PER PHARMACY. BEGIN 11/23/2020

Indication:   Hepatitis C, chronic w/o mention of hepatic coma

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 12/07/2020 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Additional Information: | | | |
| 2 WEEK FOLLOW UP LABS FOR HEP C TX | | | |
| Lab Tests - Short List-General-CBC | One Time | 12/23/2020 00:00 | Routine |
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Additional Information: | | | |
| WEEK 4 HEP C TX  LABS | | | |
| Lab Tests - Short List-General-CBC | One Time | 01/20/2021 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Additional Information: | | | |
| WEEK 8 HEP C TX LABS | | | |
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load | One Time | 09/20/2021 00:00 | Routine |
| Additional Information: | | | |
| FOLLOW UP HCVRNA POST TX FOR HEP C | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 12/07/2020 00:00 | Physician 01 |
| F/U HEP C TX | | |
| Follow-up | 12/24/2020 00:00 | Physician 01 |
| 4 WEEK F/U HEP C TX | | |
| Follow-up | 01/21/2021 00:00 | Physician 01 |
| F/U WEEK 8 HEP C TX | | |

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Other:

ASSESSMENT/PLAN:
VIRAL URI WITH MYALGIAS IMPROVING-CLINICALLY THIS DOES NOT APPEAR TO BE LIVER RELATED
BLOOD PRESSURE- RECEHCK PRESSURE AT NEXT VISIT

HEPATITIS C-IT IS A COINCIDENCE THAT WE ALREADY HAD THE PATIENT SCHEDULED TO INFORM HIM
THE HEPATITIS C TREATMENT SHALL BEGAN IN 2 WEEKS.  WE DISCUSSED ALL THE DETAILS OF THAT.
BEGIN HEPATITIS C TREATMENT
SCHEDULE FOLLOW-UP LABS AND FOLLOW-UPS CLINICALLY FOR HEPATITIS C

| Inmate Name: | BARRETT, KENNETH EUGENE | | | | Reg #: | 04342-063 |
|---|---|---|---|---|---|---|
| | | Sex: | M | Race: WHITE | Facility: | THP |
| Encounter Date: | 11/06/2020 12:16 | Provider: | Wilson, William E. MD/CD | | Unit: | X02 |

CALLBACK CRITERIA GIVEN AND PERTINENT PATIENT EDUCATION PERFORMED. PATIENT VOICED UNDERSTANDING AND AGREEMENT WITH TREATMENT PLAN.  ALLERGY STATUS REVIEWED AND UNCHANGED.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/06/2020 | Counseling | Compliance - Treatment | Wilson, William | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Wilson, William E. MD/CD on 11/06/2020 12:26

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | | Reg #: | 04342-063 |
| | | Sex: M | Race: WHITE | Facility: | THP |
| Note Date: | 10/27/2020 11:37 | Provider: | Jones, Roger MD | Unit: | X02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**        Provider:   Jones, Roger MD
        Inmate is being submitted for Hep C treatment.


**Other:**

   Medical hold placed


**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Jones, Roger MD on 10/27/2020 11:38

Requested to be cosigned by  Wilson, William E. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | | Reg #: | 04342-063 |
| | | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/27/2020 11:37 | Provider: | Jones, Roger MD | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 10/27/2020 13:51.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | Reg #: | 04342-063 |
| | | Sex: M   Race: WHITE | Facility: | THP |
| Note Date: | 08/25/2020 09:39 | Provider: Wilson, William E. | Unit: | X02 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Wilson, William E. MD/CD

Hepatitis Review. Awaiting the Hep B e antigen and antibody, and then will proceed with NFR for Hep C tx. Awaiting INR .

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Wilson, William E. MD/CD on 08/25/2020 09:40

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | | Reg #: | 04342-063 |
| | | Sex: M Race: WHITE | | Facility: | THP |
| Note Date: | 08/21/2020 13:35 | Provider: Wilson, William E. | | Unit: | X02 |

Cosign Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Wilson, William E. MD/CD

REVIEWED RESULTS OF  LAB
RESULTS:
Hep B Surface Ag Non-Reactive Non-Reactive
Hep B Surface Ab A Positive Negative
Hep B Core Ab Total A Reactive Non-Reactive
Hep B Core IgM Non-Reactive Non-Reactive

SCHEDULE WITH : LAB   FOR EVALUATION OF: FURTHER TESTING FOR CONSIDERATION OF HEPATITIS C TREATMENT REQUEST

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Chronic Care Clinics-Infectious Disease-Hep B Viral Load | One Time | 08/24/2020 00:00 | Routine |
| Chronic Care Clinics-Infectious Disease-Hep Be Ab | | | |
| Chronic Care Clinics-Infectious Disease-Hep Be Ag | | | |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Wilson, William E. MD/CD on 08/21/2020 13:36

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | Reg #: | 04342-063 |
| | Sex: M    Race: WHITE | Facility: | THP |
| Note Date: | 08/14/2020 15:19    Provider: Wilson, William E. | Unit: | X02 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:  Wilson, William E. MD/CD
REVIEW FOR POTENTIAL HEPATITIS TREATMENT REQUEST

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 08/18/2020 00:00 | Routine |
| Chronic Care Clinics-Infectious Disease-Hep Be Ab | | | |
| Chronic Care Clinics-Infectious Disease-Hep Be Ag | | | |
| Lab Tests-H-HIV 1/2 | | | |
| Lab Tests-P-PT/INR (not POC) | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load w/Reflex to Genotype | | | |
| Chronic Care Clinics-Infectious Disease-Hep B surface Ag | | | |
| Chronic Care Clinics-Infectious Disease-Hep B core Ab, Total | | | |
| Chronic Care Clinics-Infectious Disease-Hep B surface Ab | | | |

**Other:**

AWAIT THESE TEST, AND THEN PLAN TO REQUEST TX. HAD TO REPEAT THE LABS.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Wilson, William E. MD/CD on 08/14/2020 15:23

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | Reg #: | 04342-063 |
| | | Sex: M  Race: WHITE | Facility: | THP |
| Encounter Date: 08/13/2020 10:15 | | Provider: Wilson, William E. MD/CD | Unit: | X02 |

Physician - Evaluation encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Wilson, William E. MD/CD

Chief Complaint:   Other Problem
Subjective:     FOLLOW-UP:

SUBJECTIVE INTERVAL HISTORY: SCHEDULED BY THE MID-LEVEL PROVIDER FOR ME TO SEE THE PATIENT CONCERNING HIS PREVIOUS HEPATITIS C PLAN OF CARE. WE DID DISCUSS THIS THAT WE ARE STILL MOVING IN THE DIRECTION TO OBTAIN/REQUEST TREATMENT FOR HIM.  HIS HEPATITIS REVIEW OF SYSTEMS ARE NEGATIVE.  IN FACT OVERALL HE IS QUITE HEALTHY.  HE WORKS OUT ABUNDANTLY AND IS PHYSICALLY IN VERY GOOD SHAPE ACCORDING TO ALL THAT KNOW HIM. HE HAS CONCERNS ABOUT A PENDING ON-SITE ORTHOPEDIC CONSULTATION FOR CHRONIC RIGHT SHOULDER PAIN WHICH HE SAYS DOES CAUSE SOME SIGNIFICANT DISCOMFORT AT TIMES.  IT FLUCTUATES 6/10.  A LOT OF POPPING AND GRINDING. NO SUBLUXATION OR DISLOCATION.  HE HAS SEEN ORTHOPEDICS ABOUT THIS IN THE PAST AND RECEIVES SHOTS WHICH HE THOUGHT WERE OF NO AVAIL.  HE CANNOT GET AN MRI HE STATES BECAUSE OF THE BULLET IN HIS LOWER BODY. ISSUE #3 CONCERNS HIS RIGHT INDEX FINGER.  AT TIMES HE GETS WHAT SOUNDS LIKE A HEBERDEN'S NODULE ALTHOUGH IT FLUCTUATES.  HE HAS SOME MORNING STIFFNESS AND SOME STIFFNESS OF THE PROXIMAL INTERPHALANGEAL JOINT IN BOTH THE SECOND AND THIRD FINGERS OF THE RIGHT HAND OCCASIONALLY.  HE IS CONCERNED BECAUSE HIS MOTHER HAD "RHEUMATOID ARTHRITIS ".  HOWEVER OTHER PERTINENT REVIEW OF SYSTEMS RELATED TO THIS ARE NEGATIVE.  HE HAS FULL RANGE OF MOTION AND FULL USE OF IT.  HE INQUIRED ABOUT THE URIC ACID LEVEL AND X-RAYS OF THE INDEX FINGER BOTH OF WHICH WERE NORMAL.

COMPLIANT WITH THERAPY: YES HE STATES
SIGNIFICANT RECENT CONSULTATIONS: NONE
SIGNIFICANT POSITIVE REVIEW OF SYSTEMS: AS ABOVE
HIS PAST MEDICAL HISTORY IS NOTED AS IN THE CHART AND AFTER DISCUSSION WITH THE INMATE. ALLERGY STATUS HAS BEEN REVIEWED AND IS UNCHANGED. THE RELEVANT CHRONIC CARE REVIEW OF SYSTEMS ARE NEGATIVE OTHERWISE.

Pain:          No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/13/2020 | 10:15 THX | 97.8 | 36.6 | | Wilson, William E. MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/13/2020 | 10:15 THX | 71 | | | Wilson, William E. MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/13/2020 | 10:15 THX | 14 | Wilson, William E. MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

Inmate Name:   BARRETT, KENNETH EUGENE                               Reg #:   04342-063

█████████  ██████████          Sex:    M   Race:   WHITE            Facility:  THP

Encounter Date:  08/13/2020 10:15                Provider:  Wilson, William E. MD/CD   Unit:     X02

---

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/13/2020 | 10:15 THX | 130/87 | | | | Wilson, William E. MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/13/2020 | 10:15 THX | 183.0 | 83.0 | | Wilson, William E. MD/CD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Exam Comments**

NAD.
HEENT- NORMAL. EOM INTACT.
SKIN- INTACT. GROSSLY NORMAL
NECK- SUPPLE.
PULMONARY- CTA BILATERALLY.
CARDIAC- RRR. NO M/G/R.
EXTREMITIES- NO EDEMA OF EXTREMITIES NOTED.  REALLY WE SEE NO NODULE TODAY OF THE RIGHT INDEX FINGER.  HE HAS FULL RANGE OF MOTION AND IT IS ESSENTIALLY NONTENDER.  HE FULLY FLEXES THE PIP AND THE DIP AND SAYS "THAT HURTS WHEN I DO THAT SOMETIMES "BUT HE DOES HAVE FULL RANGE OF MOTION.HE IS HANDCUFFED, SO SHOULDER EXAM IS ALMOST IMPOSSIBLE TO PERFORM. IT APPEARS TO BE OF NORMAL CONTOUR.
NEURO- NO GROSS FOCAL DEFICITS. CN II-XII INTACT GROSSLY. NORMAL GAIT. NORMAL MENTATION AND BEHAVIOR.

**ASSESSMENT:**

Hepatitis C, chronic w/o mention of hepatic coma, 070.54 - Current

Impingement syndrome of shoulder, M7540 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|-----|------------|------------|
| | Meloxicam Tablet | 08/13/2020 10:15 |

**Prescriber Order:**   7.5 MG Orally  -   daily PRN x 180 day(s)

Indication:   Spasm of muscle

**Other:**

ASSESSMENT/PLAN:
RIGHT SHOULDER OA-I DO CONCUR THAT IT IS PROBABLY TIME FOR ARTHROSCOPY.  HOWEVER I CANNOT ORDER THAT.
SCHEDULE EVALUATION WITH ORTHOPEDIST FOR CONSIDERATION OF ARTHROSCOPY OR FURTHER WORKUP OF THE RIGHT SHOULDER FOR OA, POPPING, GRINDING, AND COMPLAINTS OF PAIN. NOTE THE PATIENT HAS A BULLET IN HIS LOWER BODY AND THEREFORE MRI HAS NOT BEEN ORDERED. PREVIOUSLY ORDERED AND SCHEDULED.

WE HAD A FULL DISCUSSION ABOUT THIS AND WE ARE PLACING HIM ON AN ANTI-INFLAMMATORY WHICH HE MAY USE WHEN NECESSARY.  WE DID DISCUSS THE POTENTIAL DETRIMENTAL EFFECTS IN LIGHT OF THE HEPATITIS.

HEPATITIS AS STATED ABOVE IT IS STABLE BUT WE ARE MOVING TOWARD REQUESTING TREATMENT.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | | Reg #: | 04342-063 |
| | | Sex: M    Race: WHITE | | Facility: | THP |
| Note Date: | 03/12/2020 15:24 | Provider: Wilson, William E. | | Unit: | X02 |

Cosign Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1        Provider:** Wilson, William E. MD/CD
        POSITIVE HEP B TESTING PRELIMINARY


**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Infectious Disease-Hep B Viral Load | One Time | 03/19/2020 00:00 | Routine |
| Chronic Care Clinics-Infectious Disease-Hep Be Ab | | | |
| Chronic Care Clinics-Infectious Disease-Hep Be Ag | | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Wilson, William E. MD/CD on 03/12/2020 15:25

| Reg #:  04342-063 | Inmate Name:  BARRETT, KENNETH EUGENE |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Injury of wrist, hand and finger(s), unspecified** | | | | | | |
| 08/30/2017 08:20 EST  Muscatell, Genevieve PA-C | | ICD-10 | S6990X | 08/30/2017 | Current | |
|     PROBABLY GANGLION CYST | | | | | | |
| **Oth allergy status, oth than to drugs and biolg substances** | | | | | | |
| 12/08/2016 08:54 EST  Wilson, William E. MD/CD | | ICD-10 | Z9109 | 12/08/2016 | Current | |
|     NICKEL | | | | | | |

## Remission

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Unspecified glaucoma** | | | | | | |
| 03/18/2020 12:07 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H409 | 03/21/2018 | Remission | 03/18/2020 |
|     ocular htn -ou ophthalmologist ruled out glaucoma 7/2017 | | | | | | |
| 03/21/2018 11:13 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H409 | 03/21/2018 | Current | |
|     ocular htn -ou ophthalmologist ruled out glaucoma 7/2017 | | | | | | |
| **Unspecified visual disturbance** | | | | | | |
| 03/18/2020 12:07 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H539 | 10/05/2016 | Remission | 03/18/2020 |
|     amourosis fugax OS | | | | | | |
| 10/05/2016 11:30 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H539 | 10/05/2016 | Current | |
|     amourosis fugax OS | | | | | | |
| **Allergic rhinitis** | | | | | | |
| 07/22/2020 15:14 EST  Frank, Casey FNP | | ICD-10 | J309 | 04/12/2017 | Remission | 07/22/2020 |
| 04/12/2017 10:46 EST  Pierce, Stacie PA-C | | ICD-10 | J309 | 04/12/2017 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Hepatitis C, chronic w/o mention of hepatic coma** | | | | | | |
| 01/29/2021 15:26 EST  Wilson, William E. MD/CD | III | ICD-9 | 070.54 | 05/23/2008 | Resolved | 01/29/2021 |
|     Type 1.  Viral load 8,148,789 on 6/20/2011.  Liver sono 8/12/2009 was negative.  APRI 0.68.  Liver biopsy was approved by Region 10/16/2011 and pending. | | | | | | |
| 11/22/2011 14:38 EST  Jones, Roger MD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
|     Type 1.  Viral load 8,148,789 on 6/20/2011.  Liver sono 8/12/2009 was negative.  APRI 0.68.  Liver biopsy was approved by Region 10/16/2011 and pending. | | | | | | |
| 05/06/2011 13:32 EST  Jones, Roger MD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
|     Type 1, viral load 5.7 million 4/7/2010 | | | | | | |
| 08/13/2009 12:25 EST  Webster, Thomas MD CD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
| 05/23/2008 06:50 EST  Webster, Thomas MD CD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
|     ENDO/LIPID ENDOCRINE/LIPID        05-07-2008 HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC 05-07-2008 | | | | | | |