# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BARRETT, KENNETH EUGENE | | Reg #: 04342-063 |
| ▮▮▮▮ ▮▮▮▮ | Sex: M  Race: WHITE | Facility: THP |
| Encounter Date: 03/26/2021 13:12 | Provider: Wilson, William E. MD/CD | Unit: X02 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:   Wilson, William E. MD/CD

Chief Complaint:   Other Problem
Subjective:     FOLLOW-UP:

SUBJECTIVE INTERVAL HISTORY:
NOSE-BETTER.  AS LONG AS HE KEEPS IT MOIST THERE IS NO PROBLEM.  THERE IS NO LESION NOW.

HISTORY GFR 56-HE DESIRES TO STOP PPI.  AND POSSIBLY A DIFFERENT DIET.  HE IS NOT TAKING ASPIRIN OR TYLENOL BUT THINKS HE WILL RESUME THOSE.  HE FORMERLY TOOK 80-100 G OF PROTEIN PER DAY OVER-THE-COUNTER AND IS MAKING DIETARY CHANGES TO REDUCE THAT.

STATUS POST HEPATITIS C TREATMENT-HE QUESTIONS FOLLOW-UP TESTING.  HE COMPLETED TREATMENT JANUARY 18, 2021.  HE WILL BE DUE AGAIN APRIL 18 WHICH WILL BE 12 WEEKS, OR AT LEAST THE WEEK OF APRIL 18, AND THEN AGAIN 6-12 MONTHS AFTER COMPLETION OF TREATMENT WHICH IS ALREADY ORDERED FOR SEPTEMBER 2021.

COMPLIANT WITH THERAPY: YES HE STATES
SIGNIFICANT RECENT CONSULTATIONS: NONE
SIGNIFICANT POSITIVE REVIEW OF SYSTEMS: NONE
HIS PAST MEDICAL HISTORY IS NOTED AS IN THE CHART AND AFTER DISCUSSION WITH THE INMATE. ALLERGY STATUS HAS BEEN REVIEWED AND IS UNCHANGED. THE RELEVANT CHRONIC CARE REVIEW OF SYSTEMS ARE NEGATIVE OTHERWISE.

Pain:        No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/26/2021 | 11:17 THX | 97.6 | 36.4 | | Piper, L. MOA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/26/2021 | 11:17 THX | 57 | | | Piper, L. MOA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/26/2021 | 11:17 THX | 149/93 | | | | Piper, L. MOA |
| 02/24/2021 | 12:54 THX | 122/78 | | | | Beal, Carly RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/26/2021 | 11:17 THX | 98 | | Piper, L. MOA |

EXHIBIT B

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

Inmate Name:    BARRETT, KENNETH EUGENE    Reg #:    04342-063

Sex:    M    Race:  WHITE    Facility:  THP

Encounter Date:  03/26/2021 13:12    Provider:  Wilson, William E. MD/CD    Unit:    X02

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/26/2021 | 11:17 THX | 188.6 | 85.5 | | Piper, L. MOA |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Exam Comments**

NAD.
HEENT- NORMAL. EOM INTACT.  THERE IS NO LESION NOTED IN THE LEFT NOSTRIL LIKE BEFORE.  IT IS GOING.
SKIN- INTACT. GROSSLY NORMAL
NECK- SUPPLE.
PULMONARY- CTA BILATERALLY.
CARDIAC- RRR. NO M/G/R.
EXTREMITIES- NO EDEMA OF EXTREMITIES NOTED.
NEURO- NO GROSS FOCAL DEFICITS. CN II-XII INTACT GROSSLY. NORMAL GAIT. NORMAL MENTATION AND BEHAVIOR.

**ASSESSMENT:**

Hepatitis C, chronic w/o mention of hepatic coma, 070.54 - Resolved

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 528578-THX | Acetaminophen 325 MG Tab | 03/26/2021 13:12 |

**Prescriber Order:**    Take two tablets (650 MG) by mouth three times daily AS NEEDED PRN x 180 day(s)

Indication:   Impingement syndrome of shoulder

| 528581-THX | Aspirin 81 MG EC Tab | 03/26/2021 13:12 |
|---|---|---|

**Prescriber Order:**    Take one tablet (81 MG) by mouth daily x 365 day(s)

Indication:   Spasm of muscle, Headache, Oth allergy status, oth than to drugs and biolg substances, Low back pain, lumbago

| 528592-THX | Terazosin HCl  1 MG Cap | 03/26/2021 13:12 |
|---|---|---|

**Prescriber Order:**    Take three capsules (3 MG) by mouth each evening x 365 day(s)

Indication:   Benign localized hyperplasia of prostate NOS

| 528591-THX | Verapamil HCl ER 120 MG Tab | 03/26/2021 13:12 |
|---|---|---|

**Prescriber Order:**    Take one tablet (120 MG) by mouth each day ***Do Not Crush*** x 365 day(s)

Indication:  Headache

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 528584-THX | Omeprazole 20 MG Cap | 03/26/2021 13:12 |

**Prescriber Order:**    Take one capsule (20 MG) by mouth every day

Discontinue Type:    When Pharmacy Processes

Discontinue Reason:  discontinue

Indication:

| Inmate Name: | BARRETT, KENNETH EUGENE | | Reg #: | 04342-063 |
|---|---|---|---|---|
| | Sex: M   Race: WHITE | | Facility: | THP |
| Encounter Date: 03/26/2021 13:12 | Provider: Wilson, William E. MD/CD | | Unit: | X02 |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Infectious Disease-Hep C Viral Load | One Time | 04/19/2021 00:00 | Routine |

     Additional Information:

      12 WEEK POST TX CHECK

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Dietitian | 06/24/2021 | 06/24/2021 | Routine | No | |

    Subtype:

      BOP Dietitian/Tele-Nutrition

    Reason for Request:

      SCHEDULE DIETARY CONSULTATION PER PATIENT REQUEST FOR A "BLAND DIET ".  HE DOES HAVE ELEVATED CREATININE SLIGHTLY ALTHOUGH THE MUSCULARITY MAY CONTRIBUTE.

| Nephrology | 06/30/2021 | 06/30/2021 | Routine | No | |
|---|---|---|---|---|---|

    Subtype:

      Nephrology Onsite clinic

    Reason for Request:

      SCHEDULE EVALUATION WITH NEPHROLOGY FOR CREATININE 1.3 AND GFR 56.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | One Time | | DUE BY 4/30/21 | Wilson, William E. MD/CD |

      Order Date:    03/26/2021

**Disposition:**

    Follow-up at Sick Call as Needed

    Follow-up at Chronic Care Clinic as Needed

**Other:**

    ASSESSMENT/PLAN:

    NASAL LESION DUE TO DRY AIR-RESOLVED.  MAINTAIN MOISTURIZATION.  CALLBACK ORDERS GIVEN.  I DID WANT TO SEE HIM BACK TO MAKE SURE THIS RESOLVED AND  IT HAS.

    SCHEDULE DIETARY CONSULTATION PER PATIENT REQUEST FOR A "BLAND DIET ".  HE DOES HAVE ELEVATED CREATININE SLIGHTLY ALTHOUGH THE MUSCULARITY MAY CONTRIBUTE.

    SCHEDULE EVALUATION WITH NEPHROLOGY FOR CREATININE 1.3 AND GFR 56.

    BLOOD PRESSURE IS WELL-CONTROLLED TYPICALLY.  HE HAS WHITE COAT HYPERTENSION AND WE SHALL RECHECK IT AGAIN WITH THE NURSES BUT THE LAST TIME WE HAD THE NURSES RECHECKED IT, IT WAS NORMAL.

    REFILL ASPIRIN

    REFILL TYLENOL FOR WHEN NECESSARY USE

    CHECK ON THE STATUS OF THE CT SCAN OF HIS SHOULDER WHICH WAS PREVIOUSLY APPROVED.

    STATUS POST HEPATITIS C TREATMENT-TESTING DATES AS ABOVE.-ENSURE TESTING PERFORMED WEEK OF APRIL 18, 2021 AND AGAIN IN SEPTEMBER 2021.  I BELIEVE THESE HAVE ALREADY BEEN ORDERED.  NOTE THAT THE HCV RNA WAS UNDETECTABLE IN JANUARY.

Inmate Name:   BARRETT, KENNETH EUGENE

███████  ███████

Encounter Date: 03/26/2021 13:12

Sex:    M    Race:  WHITE

Provider:  Wilson, William E. MD/CD

Reg #:    04342-063

Facility:  THP

Unit:    X02

CALLBACK CRITERIA GIVEN AND PERTINENT PATIENT EDUCATION PERFORMED. PATIENT VOICED UNDERSTANDING AND AGREEMENT WITH TREATMENT PLAN.  ALLERGY STATUS REVIEWED AND UNCHANGED.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 03/26/2021 | Counseling | Compliance - Treatment | Wilson, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Wilson, William E. MD/CD on 03/26/2021 13:22

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

Inmate Name:   BARRETT, KENNETH EUGENE

Encounter Date: 01/29/2021 15:24

Sex:   M   Race:   WHITE
Provider:   Wilson, William E. MD/CD

Reg #:   04342-063
Facility:   THP
Unit:   X02

---

Chronic Care - Chronic Care Clinic encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Wilson, William E. MD/CD

   Chief Complaint:   INFECTIOUS DISEASE

   Subjective:   HE WAS SEEN FOR HIS CCC AS LISTED BELOW.  GASTROINTESTINAL, GENERAL, INFECTIOUS DISEASE, NEUROLOGY.
PAST MEDICAL HISTORY REVIEWED AS IN THE HEALTH PROBLEMS LIST.
SUBJECTIVE INTERVAL HISTORY:
HIS GERD IS WELL CONTROLLED.  HE HAS NO COMPLAINTS IN THAT REGARD
HE HAS COMPLETED TREATMENT FOR HEPATITIS C AND THE HCV RNA WAS UNDETECTABLE.  HEPATITIS REVIEW OF SYSTEMS AND TREATMENT REVIEW OF SYSTEMS ARE NEGATIVE

HIS HEADACHES ARE WELL CONTROLLED NOW AND THAT IS NOT AN ISSUE EITHER.
HE HAS BEEN TAKING VERAPAMIL PRIMARILY FOR HEADACHE PREVENTION BUT WE ALSO WERE CONCERNED ABOUT THE POSSIBILITY OF HIM DEVELOPING HYPERTENSION.
COMPLIANT WITH THERAPY: YES HE STATES
SIGNIFICANT RECENT CONSULTATIONS: ORTHOPEDICS DECEMBER 2020 FOR COMPLAINTS OF SHOULDER PAIN.  THE PATIENT CANNOT GET AN MRI SO A CT ARTHROGRAM RIGHT SHOULDER WAS ORDERED.  HE WILL FOLLOW-UP AFTER THE CT ARTHROGRAM WITH ORTHOPEDIST
SIGNIFICANT POSITIVE REVIEW OF SYSTEMS: HE STILL HAS DISCOMFORT AND A CATCHING SENSATION IN THE RIGHT SHOULDER HE IS CAPSAICIN WHICH HELPS.
 HE TOLERATES AND RECEIVES HIS MEDICINES WITH NO PROBLEMS HE STATES .
HE HAS NO MAJOR COMPLAINTS AND HIS PERTINENT CCC REVIEW OF SYSTEMS ARE NEGATIVE OTHERWISE.  HE DID RELATE SYMPTOMOLOGY OF WHAT SOUNDS LIKE A GANGLION CYST OF THE LEFT WRIST ACTUALLY ON THE DORSUM OF THE HAND.  HE SAYS IT FLUCTUATES AND HE THINKS IT MAY HAVE RUPTURED THE OTHER DAY BECAUSE IT WAS MUCH LARGER AND NOW IS MUCH MORE FLAT.
THERE IS SOME DISCOMFORT BUT NO MASSIVE PAIN.
HE ALSO DISCUSSED HOW HE HAS A CRUSTY DRY AREA ON THE INFERIOR ASPECT OF THE LEFT NOSTRIL WHICH HE PICKS AT IT PERIODICALLY AND IT SOMETIMES BLEEDS.  HE HAS HAD SOME RHINITIS OFF AND ON BUT HE THINKS THAT THIS IS NOT DO TO DRYNESS PARTICULARLY IN THE WINTER.  HE HAS HAD THIS FOR SEVERAL MONTHS.
EXERCISES.
 LABS ARE  NOTED. SEE BEMR DOCUMENT MANAGER.  CREATININE WAS 1.3.

   Pain:   No

---

**Seen for clinic(s):** Gastrointestinal, General, Infectious Disease, Neurology

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 01/29/2021 | 12:55 THX | 97.7 | 36.5 | | Piper, L. MOA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 01/29/2021 | 12:55 THX | 60 | | | Piper, L. MOA |

---

| Inmate Name: | BARRETT, KENNETH EUGENE | | | Reg #: | 04342-063 |
|---|---|---|---|---|---|

Sex:  M  Race: WHITE    Facility: THP

Encounter Date: 01/29/2021 15:24    Provider: Wilson, William E. MD/CD  Unit: X02

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/29/2021 | 12:58 THX | 161/96 | Right Arm | Sitting | Adult-large | Piper, L. MOA |
| 01/29/2021 | 12:55 THX | 153/99 | Left Arm | Sitting | Adult-large | Piper, L. MOA |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/29/2021 | 12:55 THX | 99 | | Piper, L. MOA |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/29/2021 | 12:55 THX | 186.4 | 84.6 | | Piper, L. MOA |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Exam Comments**

GENERAL APPEARANCE: APPEARS WELL . NAD.

SKIN: WITHIN NORMAL LIMITS.
LYMPH NODES: NO ADENOPATHY

HEAD: NO BRUISING, NO MASSES, NO SIGNS OF TRAUMA. NORMOCEPHALIC.  ON THE LEFT NOSTRIL INTERNALLY ABOUT THREE FOURTHS OF A CENTIMETER INWARD THERE IS AN AREA OF INCREASED DRYNESS WITH NO EXCEPTIONAL ERYTHEMA APPROXIMATELY ONE FOURTH OF A CENTIMETER AND IT DOES APPEAR TO HAVE A SLIGHT SCAB.  THERE IS NO DRAINAGE.  FRANKLY IT LOOKS LIKE IT HAS BEEN PICKED.  THERE IS NO WORRISOME SIGNS ASSOCIATED WITH THIS AT THE PRESENT TIME.
EYES:  EXTRA OCULAR MOVEMENTS INTACT. PUPILS APPEAR EQUAL.

EARS: ACUITY APPEARS NORMAL

NECK: NO THYROMEGALY, NO LYMPHADENOPATHY, NO MASSES. TRACHEA MIDLINE.

CHEST: EQUAL EXPANSION, CLEAR TO AUSCULTATION BILATERALLY. NO RHONCHI, NO CRACKLES, NORMAL BREATH SOUNDS

HEART:

REGULAR RATE AND RHYTHM

NORMAL FIRST AND SECOND HEART SOUNDS (S1, S2)

NO GALLOPS (NO S3, S4)

NO MURMURS

ABDOMEN: BENIGN EXAM. WITHIN NORMAL LIMITS. SOFT AND NONTENDER WITH NO REBOUND. NO

| Inmate Name: | BARRETT, KENNETH EUGENE | | Reg #: | 04342-063 |
|---|---|---|---|---|
| | | Sex:  M    Race:  WHITE | Facility: | THP |
| Encounter Date: 01/29/2021 15:24 | | Provider:  Wilson, William E. MD/CD | Unit: | X02 |

MASSES

EXTREMITIES:  NO CLUBBING OR EDEMA , WARM , WELL PERFUSED.  THERE ARE 2 IRREGULAR SHAPED MASSES IN THE DORSUM OF THE LEFT HAND WHICH DO FEEL LIKE GANGLION CYSTS THEY ARE NOT REALLY FLUCTUANT BUT CAN BE COMPRESSED SOMEWHAT.  BASED UPON THE IRREGULAR SHAPE IT IS POSSIBLE THAT THEY HAVE SOMEWHAT RUPTURED.

NEUROLOGICAL: NEUROLOGICAL-CRANIAL NERVES II THROUGH XII ARE INTACT.  NO GROSS FOCAL DEFICITS ARE NOTED.  NORMAL MENTATION. NORMAL GAIT.

CRANIAL NERVE EXAMINATION: II-XII INTACT GROSSLY

**ASSESSMENT:**

Esophageal reflux, 530.81 - Current

Hepatitis C, chronic w/o mention of hepatic coma, 070.54 - Resolved

Impingement syndrome of shoulder, M7540 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Doxycycline Monohydrate Oral Capsule/Tablet | 01/29/2021 15:24 |
| | **Prescriber Order:**    100 MG Orally  -   Two Times a Day x 7 day(s) -- FOR NASAL SCAB OF THE NOSE- | |
| | Indication:   Allergic rhinitis | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 517438-THX | Acetaminophen 325 MG Tab | 01/29/2021 15:24 |
| | **Prescriber Order:**    Take two tablets (650 MG) by mouth three times daily AS NEEDED PRN x 180 day(s) | |
| | Indication:   Impingement syndrome of shoulder | |
| 513408-THX | Verapamil HCl ER 120 MG Tab | 01/29/2021 15:24 |
| | **Prescriber Order:**    Take one tablet (120 MG) by mouth each day ***Do Not Crush*** x 365 day(s) | |
| | Indication:   Headache | |
| 526051-THX | Terazosin HCl  1 MG Cap | 01/29/2021 15:24 |
| | **Prescriber Order:**    Take three capsules (3 MG) by mouth each evening x 365 day(s) | |
| | Indication:   Benign localized hyperplasia of prostate NOS | |
| 526049-THX | Aspirin 81 MG EC Tab | 01/29/2021 15:24 |
| | **Prescriber Order:**    Take one tablet (81 MG) by mouth daily x 365 day(s) | |
| | Indication:   Spasm of muscle, Headache, Oth allergy status, oth than to drugs and biolg substances, Low back pain, lumbago | |
| 526050-THX | Omeprazole 20 MG Cap | 01/29/2021 15:24 |
| | **Prescriber Order:**    Take one capsule (20 MG) by mouth every day x 180 day(s) | |
| | Indication:   Esophageal reflux | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| Inmate Name: | BARRETT, KENNETH EUGENE | | | | Reg #: | 04342-063 |
|---|---|---|---|---|---|---|
| | | Sex: | M    Race:  WHITE | | Facility: | THP |
| Encounter Date: 01/29/2021 15:24 | | Provider: | Wilson, William E. MD/CD | | Unit: | X02 |

| Hand Surgery | 04/21/2021 | 04/21/2021 | Routine | No |
|---|---|---|---|---|

Subtype:

ON-site Hand Surgeon Eval

Reason for Request:

SCHEDULE EVALUATION WITH THE HAND SURGEON FOR WHAT APPEARS TO BE RECURRENT GANGLION CYST OF THE LEFT WRIST-1-2 CM IRREGULARLY SHAPED

| Optometry | 03/15/2022 | 03/15/2022 | Routine | No |
|---|---|---|---|---|

Subtype:

Onsite Optometry

Reason for Request:

SCHEDULE/ ENSURE OPTOMETRY EVALUATION

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | One Time | | DUE BY 2/28/21- CALL VERBALLY TO MD | Wilson, William E. MD/CD |
| | Order Date: | 01/29/2021 | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 03/25/2021 00:00 | Physician 01 |

NASAL DRYNESS/LESION AS DESCRIBED ABOVE-TOPICAL ANTIBIOTIC.  I MENTIONED VASELINE TO KEEP THAT AREA DRY ALTHOUGH HE SAYS HE DOES THAT ALREADY.  WE SHALL DO THE TOPICAL ANTIBIOTIC HOWEVER HE IS A FORMER SMOKER AND WE SHALL KEEP AN EYE ON THIS AND IF IT STILL AN ISSUE FURTHER WORKUP CAN BE CONSIDERED.

SEE NOTE 1/29/21

| MLP Chronic Care Follow up | 07/28/2021 00:00 | MLP 01 |
|---|---|---|
| Chronic Care Visit | 01/27/2022 00:00 | Physician 01 |

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

A/P

QUESTION OF HYPERTENSION-NURSING TO RECHECK.  HE IS NOT CURRENTLY ENROLLED IN THE HYPERTENSION CLINIC AND RECEIVES THE VERAPAMIL FOR HEADACHE PROPHYLAXIS.  ALTHOUGH HE IS ALMOST 60 AND HYPERTENSION WOULD NOT BE OVERLY SURPRISING IN SPITE OF HIS EXCELLENT PHYSICAL CONDITION.
HEADACHES CONTROLLED
GERD CONTROLLED
HEPATITIS C-STATUS POST TREATMENT-ENSURE FOLLOW-UP HCV RNA IS ORDERED.
HISTORY OF CYST OF THE LEFT WRIST-I SUSPECT IT WAS A GANGLION CYST-SCHEDULE EVALUATION WITH THE HAND SURGEON FOR WHAT APPEARS TO BE RECURRENT GANGLION CYST OF THE LEFT WRIST-1-2 CM IRREGULARLY SHAPED

NASAL DRYNESS/LESION AS DESCRIBED ABOVE-ANTIBIOTIC.  I MENTIONED VASELINE TO KEEP THAT AREA DRY ALTHOUGH HE SAYS HE DOES THAT ALREADY.  WE SHALL DO THE TOPICAL ANTIBIOTIC HOWEVER HE IS A FORMER SMOKER AND WE SHALL KEEP AN EYE ON THIS AND IF IT STILL AN ISSUE FURTHER WORKUP CAN BE CONSIDERED.

Inmate Name:   BARRETT, KENNETH EUGENE

Sex:    M    Race:   WHITE

Reg #:    04342-063

Facility:   THP

Encounter Date:  01/29/2021 15:24

Provider:   Wilson, William E. MD/CD    Unit:    X02

OTHER  CHRONIC CARE CLINIC CONDITIONS APPEAR STABLE
HIS CHRONIC CONDITIONS WERE REVIEWED AND DISCUSSED.

REFILL MEDICATIONS
LABS FOR CHRONIC CARE CLINIC-AS ABOVE FOR THE HEPATITIS C FOLLOW-UP TREATMENT
IMMUNIZATIONS UP TO DATE WHEN HE ACCEPTED THEM.  HE HAS DECLINED THE FLU SHOT MULTIPLE
TIMES IN THE PAST
SCHEDULE/ ENSURE OPTOMETRY EVALUATION
DISCUSSED HIS MEDICAL CONDITIONS AND APPROPRIATE PATIENT EDUCATION WAS PERFORMED.
CONSERVATIVE MEASURES SUCH AS EXERCISE AND DIET WERE ENCOURAGED.
CALLBACK CRITERIA GIVEN AND PERTINENT PATIENT EDUCATION PERFORMED. PREVENTATIVE HEALTH
MEASURES ALSO DISCUSSED ACCORDINGLY.  PATIENT VOICED UNDERSTANDING AND AGREEMENT WITH
TREATMENT PLAN AND DISCUSSION.  ALLERGY STATUS REVIEWED AND UNCHANGED.
 THE SCHEDULER WAS CHECKED TO ENSURE APPROPRIATE SCHEDULING HAS BEEN PLACED.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/29/2021 | Counseling | Compliance - Treatment | Wilson, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Wilson, William E. MD/CD on 01/29/2021 15:39

Reg #:  04342-063                  Inmate Name:  BARRETT, KENNETH EUGENE #: 372

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Injury of wrist, hand and finger(s), unspecified | | | | | | |
| 08/30/2017 08:20 EST  Muscatell, Genevieve PA-C | | ICD-10 | S6990X | 08/30/2017 | Current | |
| PROBABLY GANGLION CYST | | | | | | |
| Oth allergy status, oth than to drugs and biolg substances | | | | | | |
| 12/08/2016 08:54 EST  Wilson, William E. MD/CD | | ICD-10 | Z9109 | 12/08/2016 | Current | |
| NICKEL | | | | | | |

## Remission

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Unspecified glaucoma | | | | | | |
| 03/18/2020 12:07 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H409 | 03/21/2018 | Remission | 03/18/2020 |
| ocular htn -ou ophthalmologist ruled out glaucoma 7/2017 | | | | | | |
| 03/21/2018 11:13 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H409 | 03/21/2018 | Current | |
| ocular htn -ou ophthalmologist ruled out glaucoma 7/2017 | | | | | | |
| Unspecified visual disturbance | | | | | | |
| 03/18/2020 12:07 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H539 | 10/05/2016 | Remission | 03/18/2020 |
| amourosis fugax OS | | | | | | |
| 10/05/2016 11:30 EST  Alumbaugh, Kimberly O.D. | | ICD-10 | H539 | 10/05/2016 | Current | |
| amourosis fugax OS | | | | | | |
| Allergic rhinitis | | | | | | |
| 07/22/2020 15:14 EST  Frank, Casey FNP | | ICD-10 | J309 | 04/12/2017 | Remission | 07/22/2020 |
| 04/12/2017 10:46 EST  Pierce, Stacie PA-C | | ICD-10 | J309 | 04/12/2017 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hepatitis C, chronic w/o mention of hepatic coma | | | | | | |
| 01/29/2021 15:26 EST  Wilson, William E. MD/CD | III | ICD-9 | 070.54 | 05/23/2008 | Resolved | 01/29/2021 |
| Type 1.  Viral load 8,148,789 on 6/20/2011.  Liver sono 8/12/2009 was negative.  APRI 0.68.  Liver biopsy was approved by Region 10/16/2011 and pending. | | | | | | |
| 11/22/2011 14:38 EST  Jones, Roger MD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
| Type 1.  Viral load 8,148,789 on 6/20/2011.  Liver sono 8/12/2009 was negative.  APRI 0.68.  Liver biopsy was approved by Region 10/16/2011 and pending. | | | | | | |
| 05/06/2011 13:32 EST  Jones, Roger MD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
| Type 1, viral load 5.7 million 4/7/2010 | | | | | | |
| 08/13/2009 12:25 EST  Webster, Thomas MD CD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
| 05/23/2008 06:50 EST  Webster, Thomas MD CD | III | ICD-9 | 070.54 | 05/23/2008 | Current | 05/23/2008 |
| ENDO/LIPID ENDOCRINE/LIPID          05-07-2008 | | | | | | |
| HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC 05-07-2008 | | | | | | |