**Report Status: Final**

**BARRETT, KENNETH**

**Quest** Diagnostics™

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **BARRETT, KENNETH**<br><br>Gender:  M<br>Phone:  NG | Specimen:  WX959462J<br>Requisition: 0009722<br><br>Collected:  04/21/2021<br>Received:  04/22/2021  / 07:45 EDT<br>Reported:  04/23/2021  / 13:40 EDT | Client #: 10767072  4000000<br>WILLIAM WILSON<br>FCI TERRE HAUTE<br>Attn: HEALTH SERVICES UNIT<br>4200 BUREAU RD N<br>TERRE HAUTE, IN 47802-8128 |

### Infectious Diseases

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| HCV RNA, QUANTITATIVE   REAL TIME PCR | | | CA |
| HCV RNA, QUANTITATIVE REAL TIME PCR | <15 NOT DETECTED | NOT DETECTED IU/mL | |
| HCV RNA, QUANTITATIVE REAL TIME PCR | <1.18 NOT DETECTED | NOT DETECTED Log IU/mL | |

Physician Comments:

**End Notes:**

HCV RNA, QUANTITATIVE   REAL TIME PCR                                                          CA

This test was performed using Real-Time Polymerase Chain Reaction.

Reportable Range: 15 IU/mL to 100,000,000 IU/mL (1.18 Log IU/mL to 8.00 Log IU/mL).

The analytical performance characteristics of this assay have been determined by Quest Diagnostics. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

For more information on this test, go to: http://education.questdiagnostics.com/faq/FAQ22v1 (This link is being provided for informational/ educational purposes only.)

**PERFORMING SITE:**

CA       QUEST DIAGNOSTICS - SCHAUMBURG, 506 EAST STATE PARKWAY, SCHAUMBURG, IL 60173-4538 Laboratory Director: ANTHONY V THOMAS,MD, CLIA: 14D0416537

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, KENNETH EUGENE | | | Reg #: | 04342-063 |
| | ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | Sex: | M | Race: | WHITE |
| Encounter Date: | 04/26/2021 06:23 | Provider: | Lab Result Receive | Facility: | THP |

**Cosigned by Wilson, William E. MD/CD on 04/26/2021 11:38.**