**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Terre Haute Division**

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT | ) | |
| | ) | Cause No. 2:20-cv-596 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL CARVAJAL, Director | ) | |
| Federal Bureau of Prisons, and | ) | |
| T.J. WATSON, Warden | ) | |
| USP Terre Haute, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

On November 10, 2020, Plaintiff Kenneth Eugene Barrett ("Mr. Barrett") filed this Complaint seeking declaratory and injunctive relief, as well as any other relief the Court deemed proper. Beginning as early as 2011, Mr. Barrett and his counsel sought treatment for Mr. Barrett's serious medical condition of Hepatitis C ("HCV"). Defendants ignored all such requests for treatment until the filing of this lawsuit.

After the filing of this action, Defendants commenced the requested treatment and Mr. Barrett is currently virus free. At this time, it is unknown whether Mr. Barrett has any permanent detrimental effects resulting from the lengthy delay in treatment.

Despite this concern, as well as continued concerns regarding Defendants' practices and policies in general, Defendants are correct in stating that Defendants have now carried out the injunctive relief that Mr. Barrett requested in the Complaint. Accordingly, Mr. Barrett has no objection to Defendants' Motion to Dismiss this Complaint.

Dated: May 27, 2021

Respectfully submitted,

*/s/Kimberly M. Skaggs*
Kimberly M. Skaggs
Attorney at Law
116 Ocean Blvd.
Isle of Palms, SC 29451
614.738.3931
kimskaggs@mac.coml

Counsel for Kenneth Eugene Barrett

## CERTIFICATE OF SERVICE

This is to certify that on May 27, 2021, I have served a copy of the foregoing through the

Court's CM/ECF system, which will generate service of this document electronically through the

Court's CM/ECF system to all counsel of record.

*/s/ Kimberly M. Skaggs*
Kimberly M. Skaggs

Counsel for Kenneth Eugene Barrett