UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00596-JRS-MG |
| | ) | |
| MICHAEL CARVAJAL Director of Federal | ) | |
| Bureau of Prisons, | ) | |
| T.J. WATSON Warden of USP Terre Haute, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Defendant's Unopposed Motion to Dismiss
And Directing Entry of Final Judgment**

Plaintiff Kenneth Eugene Barrett, an inmate in the Federal Bureau of Prisons and represented by counsel, filed this action on November 10, 2020, seeking declaratory and injunctive relief. Mr. Barrett pled that he suffered from Hepatitis C and that the defendants refused to provide him available treatment for the condition.

The defendants were served with summons and after seeking multiple extensions of time to file a responsive pleading, on May 20, 2021, filed their motion to dismiss for lack of jurisdiction. Dkt. 27. They asserted that Mr. Barrett has now received treatment for Hepatitis C, he is virus free, and because he sought only injunctive relief, his action is moot. Dkt. 28 at 1, citing *Church of Scientology v. United States*, 506 U.S. 9, 12 (1992) (If an event occurs while a case is pending that makes it impossible for a court to grant any effectual relief to a prevailing party, the case must be dismissed.) (internal quotations omitted).

Mr. Barrett responded on May 27, 2021, and acknowledged that he has received treatment for his Hepatitis C and appears to be "cured." Dkt. 29. Mr. Barrett does not oppose the defendants' motion and agrees this action should be dismissed. *Id.*

For these reasons, the defendants' unopposed motion to dismiss, dkt. [27], is **granted**. This action is **dismissed**. Final judgment consistent with this Order shall now enter.

**IT IS SO ORDERED**.

Date: 6/1/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kimberly Marcinko Skaggs
kimskaggs@mac.com

Shelese M. Woods
United States Attorney's Office (Indianapolis)
shelese.woods@usdoj.gov

2