UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KENNETH EUGENE BARRETT,      )
                                     )
                   Plaintiff,         )
                                     )
          v.                  )      No. 2:20-cv-00596-JRS-MG
                                     )
MICHAEL CARVAJAL Director of Federal   )
Bureau of Prisons,                    )
T.J. WATSON Warden of USP Terre Haute,  )
                                     )
            Defendants.     )

## **FINAL JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. This action is dismissed as moot.

Date: 6/1/2021

Roger A.G. Sharpe, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kimberly Marcinko Skaggs
kimskaggs@mac.com

Shelese M. Woods
United States Attorney's Office (Indianapolis)
shelese.woods@usdoj.gov